Colin H. Murray (State Bar No. 159142)
 colin.murray@bakermckenzie.com
Teresa H. Michaud (State Bar No. 296329)
 teresa.michaud@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorney for Plaintiff
Lilith Games (Shanghai) Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., | Case No. 3:15-cv-1267 |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| uCool, Inc. and uCool Ltd., | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

CASE NO. 3:15-cv-1267
COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, Lilith Games (Shanghai) Co. Ltd. ("Lilith"), files this Complaint for Copyright Infringement (the "Complaint") and respectfully alleges as follows:

## I. Introduction

1. Under 17 U.S.C. § 101, *et seq.* (the "Copyright Act"), and specifically, 17 U.S.C. § 501, a party is liable for copyright infringement if it has violated any of the exclusive rights of a copyright owner, including the rights to reproduce, create derivative works from, and distribute copies of a work protected by a valid copyright. In February 2014, Lilith released in China an originally developed game titled "Dao Ta Chuan Qi," which means "the legend of sword and tower" ("Sword and Tower"). Lilith owns the copyrights in, and has Chinese copyright registrations for, the artistic design and expression of more than 102 characters in Sword and Tower. Lilith also owns the copyrights in the pictorial and graphic works in the screen images and the user interfaces expressed in Sword and Tower. Moreover, Lilith owns the copyrights in, and has Chinese copyright registrations for, Sword and Tower's computer software. All of these copyrighted works were created at considerable time, expense, and effort on Lilith's part. Sword and Tower was first published outside the United States.

2. uCool, Inc. and uCool Ltd. (collectively "uCool") has improperly received the benefit of Lilith's efforts by infringing Lilith's copyrights in each of the aforementioned works. Following publication, Sword and Tower was generally commercially available to the public, and it was accessible by uCool. After uCool had access to Lilith's copyrighted works embodied in Sword and Tower, uCool released a game called Heroes Charge in August 2014. In Heroes Charge, uCool copied, without authorization, every aspect of Sword and Tower, including the expressions that are protected by Lilith's valid copyrights. Indeed, uCool copied the computer software of Sword and Tower and incorporated it into Heroes Charge. Heroes Charge has been offered and distributed by uCool in the United States.

3. Because of uCool's unlawful copying of Lilith's protected, copyrighted works, uCool is liable for direct copyright infringement. As a result, Lilith requests that uCool be enjoined from any further copyright infringement, and that Lilith be appropriately compensated for the damages caused by uCool's actions.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

1

CASE NO. 3:15-cv-1267
COMPLAINT FOR COPYRIGHT INFRINGEMENT

## II. Jurisdiction and Venue

4. Because this lawsuit is being brought pursuant to 17 U.S.C. § 101, *et seq.*, this Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

5. This Court also has personal jurisdiction over uCool because it is based in Menlo Park, California. The majority, if not all, of its top-ranking executives and employees work and reside in California, including the producer of the infringing game Heroes Charge. Indeed, because the acts giving rise to this Complaint occurred in California, and because uCool regularly and systematically conducts business in this State, uCool is subject to both specific and general personal jurisdiction in this Court.

6. Venue is also proper in the Northern District of California pursuant to 28 U.S.C. § 1391(b) and 1400(a). For example, uCool unquestionably resides in this district for purposes of determining venue, and a substantial part of the events giving rise to this Complaint were intentionally committed by uCool in the Northern District of California.

## III. Intradistrict Assignment

7. This matter should be assigned to the San Francisco Division of the United States District Court for the Northern District of California because uCool is based in and a substantial portion of the events giving rise to this action occurred in San Mateo County, California. *See* Civil L.R. 3-2(d).

## III. The Parties

8. Lilith is a leading mobile game developer based in Shanghai, China. As noted above, Lilith released Sword and Tower in China in February 2014.

9. uCool is based in Menlo Park, California, and can be served through its registered agent Corporation Service Company d/b/a CSC Lawyers Incorporating Service, at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833.

## IV. uCool's Unlawful Conduct

10. As set forth above, Lilith originally developed Sword and Tower, and its content is protected by valid copyrights owned by Lilith. In particular, Lilith owns the copyrights in, and has Chinese copyright registrations for, the artistic design and expression of more than 102 characters

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

2

CASE NO. 3:15-cv-1267
COMPLAINT FOR COPYRIGHT INFRINGEMENT

displayed in Sword and Tower. Lilith further owns the copyrights in the pictorial and graphic works in the screen images and user interfaces, holding Chinese copyright registrations on the look and feel and user interfaces expressed in the game, as well as the copyrights in, and Chinese registrations for the copyrights in Sword and Tower's computer software.

11. Lilith released Sword and Tower in China in February 2014, and it quickly became one of the most popular mobile games in China. As a result of that success, Lilith began making plans to release Sword and Tower in numerous other countries including those located in North America.

12. Before Lilith could implement those plans for further distribution, in August 2014, uCool, after having access to Lilith's copyrighted works embodied in Sword and Tower, released a game in the United States called Heroes Charge. Upon review of that game, it was clear that uCool, without authorization, copied every aspect of Sword and Tower. In particular, uCool unlawfully copied the artistic design and expression of the characters from the Sword and Tower game that are protected by registered copyrights owned by Lilith. uCool also copied Lilith's copyright registered computer software, Lilith's copyrighted pictorial and graphic works in the look and feel expressed in screen images, and Lilith's copyrighted user interfaces expressed in Sword and Tower. uCool's unlawful copying of Lilith's copyrighted works is so pervasive it can only be described as intentional.

13. When Lilith became aware of uCool's copyright infringement, Lilith immediately sent uCool's counsel a letter demanding that uCool cease and desist its unlawful and infringing activity. While the parties continued to exchange correspondence over a period of several months, uCool has refused to cease its conduct, and continues to infringe upon Lilith's intellectual property rights. uCool's infringing conduct has, among other things, caused damage to Lilith's reputation and good will. For example, as Lilith has now begun to release Sword and Tower in other countries, Lilith has received comments from users who are under the impression that Lilith has copied uCool's Heroes Charge. In fact, it is the other way around. Thus, in addition to any monetary compensation to which Lilith is entitled to for past infringement, Lilith has and will continue to suffer irreparable harm unless uCool is enjoined from future infringement.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

3

CASE NO. 3:15-cv-1267
COMPLAINT FOR COPYRIGHT INFRINGEMENT

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement)

14. Lilith repeats and expressly incorporates each allegation contained in paragraphs 1 through 13 as though fully set forth herein.

15. As alleged above, Lilith owns valid copyrights and Chinese copyright registrations covering the design and expression of characters, the look and feel expressed in screen images, the expressed user interfaces, and the computer software embodied in Sword and Tower. Lilith released Sword and Tower in China in February 2014, and uCool had access to Lilith's copyrighted works by at least that time. After gaining access to Lilith's copyrighted works, uCool, through its game Heroes Charge, unlawfully and without authorization copied and benefited from Lilith's copyrighted works that are embodied in Sword and Tower.

16. Sword and Tower is not a United States work as defined in 17 U.S.C. § 101. However, China and the United States are both signatories to the Berne Convention. Pursuant to the Berne Convention, Lilith is entitled to bring a copyright infringement action in the United States to protect its interests. *See* 17 U.S.C. § 104.

17. Lilith has and continues to suffer direct and actual damages while uCool reaped profits as a result of uCool's copyright infringement. The full extent of such damages, including uCool's profits, will be determined following an accounting by uCool pursuant to 17 U.S.C. § 504.

18. In addition, Lilith has no other adequate remedy at law and has and continues to suffer irreparable harm and damage as a result of uCool's copyright infringement. Accordingly, Lilith seeks injunctive relief pursuant to 17 U.S.C. § 502 and seizure of unauthorized copies of Lilith's computer software and copyright protected works, including means of production as provided by 17 U.S.C.§ 503.

19. By virtue of uCool's refusal to cease and desist its infringing activity, Lilith has been required to bring this lawsuit and, in the process, has and will continue to incur attorneys' fees and costs in connection with the prosecution of this action. Accordingly, Lilith is entitled to recover its fees and costs from uCool pursuant to 17 U.S.C. § 505.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

4

CASE NO. 3:15-cv-1267
COMPLAINT FOR COPYRIGHT INFRINGEMENT

## **PRAYER FOR RELIEF**

WHEREFORE, Lilith respectfully requests that the Court order:

1) that uCool be preliminarily and permanently enjoined from directly or indirectly infringing in any manner Lilith's copyright protected works embodied in Sword and Tower, including, but not limited to, reproduction, manufacture, importation, distribution, advertising, selling and/or offering for sale the game titled Heroes Charge, or any other game, merchandise, or other articles which infringes upon Lilith's copyrights;

2) that Lilith be entitled to seize any unauthorized copies of Lilith's copyrighted works embodied in Sword and Tower, regardless of the form in which those copies currently exist, as well as the equipment used by uCool to create such unauthorized copies;

3) that uCool account for and pay to Lilith all damages sustained by Lilith and profits realized by uCool as a result of uCool's copyright infringement;

4) that uCool be required to pay all reasonable attorneys fees and costs incurred by Lilith as a result of bringing this lawsuit; and

5) that Lilith be awarded all other and further relief to which it is entitled.


Dated:   March 18, 2015              Respectfully submitted,

                                              **BAKER & McKENZIE LLP**
                                              Colin H. Murray
                                              Teresa H. Michaud


                                              By:  /s/ Colin H. Murray
                                                    Colin H. Murray
                                                    Attorneys for Plaintiff
                                                    Lilith Games (Shanghai) Co. Ltd.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

5

CASE NO. 3:15-cv-1267
COMPLAINT FOR COPYRIGHT INFRINGEMENT

# JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a jury trial in this matter.

Dated:  March 18, 2015

**BAKER & McKENZIE LLP**
Colin H. Murray
Teresa H. Michaud


By: /s/ Colin H. Murray
　　Colin H. Murray
　　Attorneys for Plaintiff
　　Lilith Games (Shanghai) Co. Ltd.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

6

CASE NO. 3:15-cv-1267
COMPLAINT FOR COPYRIGHT INFRINGEMENT