1 | Colin H. Murray (State Bar No. 159142)
     colin.murray@bakermckenzie.com
2 | Teresa H. Michaud (State Bar No. 296329)
     teresa.michaud@bakermckenzie.com
3 | **BAKER & McKENZIE LLP**
    Two Embarcadero Center, 11th Floor
4 | San Francisco, CA 94111
    Telephone: +1 415 576 3000
5 | Facsimile:  +1 415 576 3099

6 | W. Barton Rankin (*Admitted Pro Hac Vice*)
     w.rankin@bakermckenzie.com
7 | **BAKER & McKENZIE LLP**
    2300 Trammell Crow Center
8 | 2001 Ross Avenue
    Dallas, Texas 75201
9 | Telephone:  +1 214 978 3000
    Facsimile:   +1 214 978 3099

Attorney for Plaintiff
Lilith Games (Shanghai) Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., <br><br> Plaintiff, <br><br> v. <br><br> uCool, Inc. and uCool Ltd., <br><br> Defendants. | Case No. 15-cv-01267-SC <br><br> **DECLARATION OF W. BARTON RANKIN IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** <br><br> [Fed. R. Civ. P. 65] <br><br> Date:       June 26, 2015 <br> Time:       10:00 a.m. <br> Courtroom:  1, 17th Floor <br> Before:     The Hon. Samuel Conti |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

797018-v1\DALDMS

CASE NO. 15-cv-01267-SC
Declaration of W. Barton Rankin

1. My name is Weldon Barton Rankin, and I am over the age of twenty-one (21) years, of sound mind, and am counsel of record for Plaintiff, Lilith Games (Shanghai) Co. Ltd ("Lilith"). I am currently employed as a Partner with the law firm of Baker & McKenzie LLP, and in that role, I have been personally involved in communications between Lilith and Apple, Inc., requesting a take down of uCool, Inc. and/or uCool Ltd.'s infringing game titled Heroes Charge. I have also been personally involved in the communications with uCool's counsel, both before and after this lawsuit was filed. As a result, I have personal knowledge of the statements set forth in this declaration and, if required, could fully and competently testify to these matters.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of a letter from Lilith's counsel Lisa Meyerhoff to uCool's counsel Britt Anderson, dated August 22, 2014.

3. Attached as Exhibit 2 to this declaration is a true and correct copy of a letter from uCool's counsel David Hansen to Lilith's counsel Lisa Meyerhoff, dated October 24, 2014.

4. Attached as Exhibit 3 to this declaration is a true and correct copy of a letter from uCool's counsel David Hansen to Lilith's counsel Lisa Meyerhoff, dated November 21, 2014.

5. Attached as Exhibit 4 to this declaration is a true and correct copy of a Certified Chinese Notarial Certification dated March 13, 2015.

6. Attached as Exhibit 5 to this declaration is a true and correct copy of an e-mail from uCool's counsel David Hansen to Apple, Inc.'s takedown department, dated March 27, 2015.

7. Attached as Exhibit 6 to this declaration is a true and correct copy of an e-mail from Lilith's counsel Bart Rankin to uCool's counsel Claude Stern, dated April 10, 2015.

8. Attached as Exhibit 7 to this declaration is a true and correct copy of an e-mail from uCool's counsel Claude Stern to Lilith's counsel Bart Rankin, dated April 10, 2015.

9. Attached as Exhibit 8 to this declaration is a true and correct copy of an e-mail from Lilith's counsel Bart Rankin to uCool's counsel Claude Stern, dated April 17, 2015.

1

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

CASE NO. 15-cv-01267-SC
Declaration of W. Barton Rankin

10. Attached as Exhibit 9 to this declaration is a true and correct copy of an e-mail from uCool's counsel Evette Pennypacker to Lilith's counsel Bart Rankin, dated April 22, 2015.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2015

_____
W. Barton Rankin
Attorney for Lilith Games (Shanghai) Co. Ltd.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

2

CASE NO. 4:15-cv-1267
Declaration of W. Barton Rankin