# EXHIBIT 1

**BAKER & MCKENZIE**

Baker & McKenzie LLP

Bank of America
700 Louisiana, Suite 3000
Houston, TX 77002-2871
United States

Tel: +1 713 427 5000
Fax: +1 713 427 5099
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**Latin America**
Bogota
Brasilia*
Buenos Aires
Caracas
Guadalajara
Juarez
Mexico City
Monterrey
Porto Alegre*
Rio de Janeiro*
Santiago
Sao Paulo*
Tijuana
Valencia

**North America**
Chicago
Dallas
Houston
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

* Associated Firm

August 22, 2014

Britt Anderson
K&L Gates LLP
630 Hansen Way
Palo Alto, CA 94304

Our ref: 31999999-001903

Via email: britt.anderson@klgates.com

**Re: uCool, Inc.'s Infringement of Lilith Games' Intellectual Property**

Dear Mr. Anderson,

We represent Lilith Games (Shanghai) Co., Ltd. ("Lilith Games") in intellectual property matters. The matter of your client uCool, Inc.'s ("uCool") infringing Lilith's intellectual property has been referred to us for handling. We have reviewed your August 14, 2014 letter regarding Lilith's copyright infringement claim against uCool. We strongly disagree with uCool's position that its Heroes Charge game does not infringe Lilith Games' intellectual property.

Lilith Games is a leading mobile game developer based in Shanghai, China. Lilith Games owns all of the intellectual property embodied in its games, including an original game entitled "Dao Ta Chuan Qi" (the "Game"). In February 2014, Lilith released the Game in Apple's App Store in China. Since then, Lilith's Game has become one of the most popular mobile games in China.

Lilith owns copyrights in various aspects of the Game, including, *i.e.,* the artistic design and expression of the characters and the software code for the Game. For example, Lilith Games owns China copyright registrations for the artistic design and expression of more than 80 characters displayed in the Game. Attached are a few representative examples of Lilith Games' China copyright registrations and the corresponding images of the protected expression. Lilith has also registered its copyright in the computer software for the Game. Lilith Games also owns copyrights in the "look and feel" expressed in screen images of the Game, and the user interfaces expressed in the Game. Lilith Games has expended considerable time, expense, and effort creating its original Game. Lilith Games' copyrights embodied in the Game are significant assets of the company, and it vigorously protects the company's intellectual property.

As the owner of all copyrights in the copyrighted materials expressed in the Game, Lilith Games has the exclusive rights to reproduce, publicly display, publicly distribute, and create derivative works based on, its copyrighted Game.

Lilith just discovered that uCool is and has been advertising, offering for sale and selling a mobile game entitled "Heroes Charge" on its website, and through the Apple App Store,

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.
355225-v1\HOUDMS

**BAKER & McKENZIE**

www.applestore.com. UCool's Heroes Charge game includes expressions that are strikingly similar, if not identical to, Lilith's copyrighted materials embodied in the Game.

Based on our initial investigation, uCool has infringed Lilith's multiple copyrights in its Game. Specifically, uCool is liable for its unauthorized reproduction, public display, public distribution, and creation of derivative works based on, Lilith's copyrighted Game. Moreover, based on the striking similarity between the expressions in the Heroes Charge game and the copyrighted expressions in Lilith Games' Game, we believe that uCool's infringement was and is wilful.

Lilith reserves all of its legal rights and remedies relating to uCool's infringement of Lilith's intellectual property in the Game, including without limitation, for copyright infringement. As you are aware, upon prevailing, Lilith would be entitled to money damages, injunctive relief, and reimbursement of its attorneys' fees and costs.

In summary, we demand that uCool cease and desist all activities that violate Lilith's intellectual property in the Game. Specifically, we demand that uCool immediately cease and desist using Lilith's copyrighted materials in the Game in any medium and on any platform or application. We also demand that you send a litigation hold letter to your client requiring it to preserve all images, software code, story boards, communications, meetings, Board minutes, etc. relating to uCool's Heroes Charge game. This includes, without limitation, all originals, drafts, revisions, etc., regardless of medium.

We require that uCool provide a written response confirming uCool's agreement to the above demands by **5 p.m. (CST) August 25, 2014**. If uCool fails to timely respond that it is taking the required steps, Lilith will review all available legal remedies that it may pursue against uCool and its designers, officers and other responsible parties.

Very truly yours,

*[signature]*

Lisa Meyerhoff
Partner
(713) 427-5005
Lisa.Meyerhoff@bakermckenzie.com

Attachments

BAKER & MCKENZIE

cc:     Lilith Games