# EXHIBIT 4

# 公 证 书

（2015）沪黄证外经字第 48 号

申请人：莉莉丝科技（上海）有限公司

住所：嘉定区胜辛南路 500 号 15 幢 2055 室

法定代表人：王信文，男，一九八六年十二月十六日出生，

　　　　　　公民身份号码：321081198612160014

委托代理人：胡睿，女，一九八六年五月十三日出生，公民

　　　　　　身份号码：612301198605130022

　　　　　　杨贤敏，男，一九八六年一月十六日出生，公

　　　　　　民身份号码：310102198601161270

公证事项：证据保全

　　申请人莉莉丝科技（上海）有限公司因维护自身权益及诉讼之需要，于二〇一五年三月九日向我处申请证据保全公证。

　　根据《中华人民共和国公证法》的规定，本公证员和本处工作人员沈辰骏会同申请人的委托代理人胡睿、杨贤敏，于二〇一五年三月九日，来到上海市南京东路 300 号 Apple Store 南京东路零售店，由申请人的委托代理人杨贤敏购买了 Apple 便携式平板电脑一台（Serial：F4KP61Q3G5V2），并当场取得 25114476 的《上海增值税普通发票》一张、收银条一张（复印件见附件，原件由申请人保管）。随后，申请人的委托代理人杨贤敏在本处，操作上述所购 Apple 便携

II66130021

式平板电脑，并由申请人的委托代理人胡睿使用Apple数字移动电话机（IMEI：35 698206 146404 5）对申请人的委托代理人杨贤敏的操作行为进行现场拍摄，并将所拍视频刻入光盘（附公证书）。申请人的委托代理人胡睿、杨贤敏的上述操作、拍摄过程由本公证员和本处工作人员沈辰骏现场监督。

兹证明与本公证书相粘连《上海增值税普通发票》、收银条复印件内容与留存申请人处的原件一致；所附光盘内容与申请人的委托代理人实时拍摄内容一致。

中华人民共和国上海市黄浦公证处

公 证 员 赵冰



二〇一五年三月十三日

66130026

# 上海增值税普通发票

3100144320   No 25114476   3100144320
                                       25114476

校验码 30031 75224 33079 88928    开票日期: 2015年03月09日

| 购买方 | 名称: | 莉莉丝科技(上海)有限公司 | 密码区 | 966084-30563520+28*4281174/<br>78*743861+91/00+042/5+/5*99<br>0-2/65/6*>83-328254*8></281<br>174/78*743861+989<7//8*94/9 |
|---|---|---|---|---|
| | 纳税人识别号: | | | |
| | 地址、电话: | | | |
| | 开户行及账号: | | | |

| 货物或应税劳务、服务名称 | 规格型号 | 单位 | 数量 | 单价 | 金额 | 税率 | 税额 |
|---|---|---|---|---|---|---|---|
| 平板电脑 iPad Mini Wi-Fi | MGNV2CH/A | 个 | 1 | 2468.38 | 2468.38 | 17% | 419.62 |
| 合计 | | | | | ¥2468.38 | | ¥419.62 |

价税合计(大写)  ⊗ 贰仟捌佰捌拾捌圆整       (小写) ¥2888.00

| 销售方 | 名称: | 苹果贸易(上海)有限公司 | 备注 | Original Transaction: 20150309R3598622908<br>Current POS Transaction: 20150309R3598622908 |
|---|---|---|---|---|
| | 纳税人识别号: | 310115698828407 | | |
| | 地址、电话: | 上海市浦东新区世纪大道8号上海国金中心汇丰银行大楼610-613室 86-021-61953000 | | |
| | 开户行及账号: | 花旗银行(中国)有限公司上海分行1748990204 | | |

收款人: 冉亿民     复核: 帅婵娟     开票人: 谈简悦     销售方:(章)





Apple Store 零售店 南京东路
上海黄浦区南京东路300号
nanjingeast@apple.com
电话: 021 2313-1800
http://www.apple.com.cn/nanjingeast

---

2015-03-09 03:51 PM
操作员/Operator : 973552300

杨 贤敏
xianmin@lilith.sh
普通发票已开
发票打印机: R359K01

平板电脑iPad Mini Wi-Fi 16Gb     ¥2,888.00
银色
部件号: MGNV2CH/A
序列号: F4KP61Q3G5V2
退货日期: 2015-03-23
如需技术支持，请访问：
www.apple.com.cn/support



                                 总计    ¥2,888.00

    经  Credit Card 支付的金额 (S)    ¥2,888.00
                        nullxxxxxx2517
                               924703

                              应找金额     ¥0.00

---

卡付款摘要/Card Payment Summary :
CUP(Sale)
nullxxxxxx2517(S)
有效期/Exp : 15/07 (YY/MM)

日期/时间/Date/Time : 2015/03/09 15:45:40
凭证号/Transaction ID : 127409
终端号/Term# : 30000752
商户号/Merch# : 898310157324001
批次号/Batch# : 000125
参考号/Ref# : 000718008830
授权号/Auth# : 924703
收单机构/Acquirer : 48022901
发卡机构/Issuer : 03080000
卡片序列号/PAN Seq No : 000

---

*R 3 5 9 8 6 2 2 9 0 8 *

http://www.apple.com.cn/legal/sales_policies/
retail.html
请告诉我们您在Apple Store零售店的购物体验
访问www.apple.com.cn/retail/feedback/

Translation

# NOTARIAL CERTIFICATE

(2015) H.H.Z.W.J.Z. No. 48

Applicant: Lilith Games (Shanghai) Co., Ltd.
    Address: Rm. 2055, Building 15, No. 500, Shengxin Nan Road, Jiading District
    Legal Representative: WANG Xinwen, male, born on December 16, 1986,
        holder of ID Card No. 321081198612160014
    Attorneys: HU Rui, female, born on May 13, 1986,
        holder of ID Card No. 612301198605130022
        YANG Xianmin, male, born on January 16, 1986,
        holder of ID Card No. 310102198601161270

Cause of Notarization: preservation of evidence

The Applicant Lilith Games (Shanghai) Co., Ltd. applied for the notarization of evidence preservation with us on March 9, 2015 for safeguarding its own interests and the purpose of proceedings.

In accordance with the *Notarization Law of the People's Republic of China*, I and the notary public assistant SHEN Chenjun together with the Attorneys of the Applicant HU Rui and YANG Xianmin, went to the Apple Store at No. 300, Nanjing Dong Road, Shanghai. The Attorney of the Applicant YANG Xianmin purchased an Apple ipad (Serial No. F4KP61Q3G5V2) and obtained one Shanghai Value-added Tax General Invoice No. 25114476 and one receipt for it (with the photocopies attached hereto and the originals kept by the Applicant). The Attorney of the Applicant YANG Xianmin operated the purchased Apple ipad at this Notary Public Office and the Attorney of the Applicant HU Rui shot the operation of YANG Xianmin at site with the Apple iphone (IMEI: 35 698206 146404 5), and burned a disc for the video (with the Notarial Certificate attached). The Attorneys of the Applicant HU Rui and YANG Xianmin completed the aforesaid operations and shooting under the site supervision of me and the notary public assistant SHEN Chenjun.

This is to certify that the photocopies of Shanghai Value-added Tax General Invoice and the receipt attached to this Notarial Certificate are true and faithful the original documents as held by the Applicant and the content of the attached disc conforms to the actual shooting of the Attorney of the Applicant.

ZHAO Bing (Seal)
Notary Public
The People's Republic of China
Shanghai Huangpu Notary Public Office
        (Seal)
Dated: March 13, 2015




公　证　书

（2015）沪黄证外经字第 49 号

申请人：莉莉丝科技（上海）有限公司

住所：嘉定区胜辛南路 500 号 15 幢 2055 室

法定代表人：王信文，男，一九八六年十二月十六日出生，
　　　　　　公民身份号码：321081198612160014

委托代理人：胡睿，女，一九八六年五月十三日出生，公民
　　　　　　身份号码：612301198605130022

　　　　　　杨贤敏，男，一九八六年一月十六日出生，公
　　　　　　民身份号码：310102198601161270

公证事项：译本与原本相符

　　兹证明前面的英文译本内容与莉莉丝科技（上海）有限公司所持的（2015）沪黄证外经字第 48 号《公证书》中文原本相符。

中华人民共和国上海市黄浦公证处

公　证　员　赵冰



二〇一五年三月十三日

Translation

# NOTARIAL CERTIFICATE

(2015) H.H.Z.W.J.Z. No. 49

Applicant: Lilith Games (Shanghai) Co., Ltd.

Address: Rm. 2055, Building 15, No. 500, Shengxin Nan Road, Jiading District

Legal Representative: WANG Xinwen, male, born on December 16, 1986, holder of ID Card No. 321081198612160014

Attorneys: HU Rui, female, born on May 13, 1986, holder of ID Card No. 612301198605130022

YANG Xianmin, male, born on January 16, 1986, holder of ID Card No. 310102198601161270

Cause of Notarization: True translation

This is to certify that the foregoing translation in English of Notarial Certificate (2015) H.H.Z.W.J.Z. No. 48 is true and faithful to the original document in Chinese as held by Lilith Games (Shanghai) Co., Ltd..

ZHAO Bing (Seal)

Notary Public

The People's Republic of China

Shanghai Huangpu Notary Public Office

(Seal)

Dated: March 13, 2015

