# EXHIBIT 6

| | |
|---|---|
| **From:** | Rankin, Bart |
| **Sent:** | Friday, April 10, 2015 8:50 AM |
| **To:** | Claude M. Stern; von Seeburg, Christine |
| **Cc:** | Evette Pennypacker; Derek Tang; Michael LaFond; Murray, Colin H.; Michaud, Teresa H; Hitti, Nada K; Wilkes, Nathaniel |
| **Subject:** | RE: Lilith Games v uCool - Receipt |

Claude,

Pursuant to our previous discussions, I have set forth below a proposed schedule for the above-referenced matter that would essentially take the parties up to the current hearing date of June 12. I understand that you spoke with Colin yesterday evening and may have a different schedule in mind. Accordingly, after you have had a chance to review this e-mail, we can be generally available today to discuss how best to proceed and whether this or some modified schedule can be agreed upon. Also, I spoke to Lilith about engaging in discussions to determine if a resolution to this dispute was possible, and I can give you an update on the same at your convenience.

April 17 – To the extent your client is agreeable to engaging in limited discovery at this point. Lilith essentially has the following two requests: (1) Receive a true and correct copy of the computer software code embodied in Heroes Charge as it existed on March 1, 2015, accompanied by a sworn declaration attesting to the same; and (2) to the extent any changes have been made to the computer software code embodied in Heroes Charge, including any hot fixes, since March 1, 2015, Lilith requests that uCool identify the changes that were made, the date the changes were made, and the reasons for the change(s). Again, Lilith would request that this information be provided in a sworn declaration or verified interrogatory response. With respect to this discovery, I appreciate that your client will likely want a protective order in place, and we are happy to work with you on the appropriate language.

April 27 – uCool files its Answer to Lilith's First Amended Complaint;

May 4 – uCool files its response to Lilith's Motion for a Preliminary Injunction;

May 11 – Lilith files its reply in support of its Motion for Preliminary Injunction;

May 22 – Lilith to serve any report/expert opinion concerning the computer software code received from uCool;

June 5 – Complete deposition, if necessary, of any expert providing an opinion/report on May 22;

June 10 – File any supplemental briefing with the Court based on any expert opinion/report and deposition; and

June 12 – Conduct Preliminary Injunction Hearing.

I appreciate that, while your client has not agreed to exchange discovery, you indicated in your discussion with Colin that it would be your preference that any limited discovery be conducted in the near term, and that Lilith would renew its preliminary injunction motion such that the parties would brief the issue with the benefit of that discovery. Again, we are happy to have a discussion in an effort to work out an agreeable schedule, and hopefully the foregoing will kick start the same.

Thank you and best regards,

Bart

Bart Rankin
Baker & McKenzie LLP | Partner
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201

Tel: +1 214 978 3031
Fax: +1 214 978 3099
bart.rankin@bakermckenzie.com

 GLOBAL LAW FIRM OF THE YEAR:
**INTELLECTUAL PROPERTY**
CHAMBERS 2013 AND 2014

---

**From:** Claude M. Stern [mailto:claudestern@quinnemanuel.com]
**Sent:** Wednesday, April 08, 2015 6:16 PM
**To:** von Seeburg, Christine
**Cc:** Evette Pennypacker; Derek Tang; Michael LaFond; Murray, Colin H.; Rankin, Bart; Michaud, Teresa H; Hitti, Nada K; Wilkes, Nathaniel; Claude M. Stern
**Subject:** RE: Lilith Games v uCool - Receipt

Thanks so much, Christine.  Have a good afternoon.
Regards,
 Claude

---

**From:** von Seeburg, Christine [mailto:Christine.vonSeeburg@bakermckenzie.com]
**Sent:** Wednesday, April 08, 2015 3:36 PM
**To:** Claude M. Stern
**Cc:** Evette Pennypacker; Derek Tang; Michael LaFond; Murray, Colin H.; Rankin, Bart; Michaud, Teresa H; Hitti, Nada K; Wilkes, Nathaniel; von Seeburg, Christine
**Subject:** RE: Lilith Games v uCool - Receipt

Mr. Stern:

Thank you.  We will make a note.

Kind regards,
Christine

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** Claude M. Stern [mailto:claudestern@quinnemanuel.com]
**Sent:** Wednesday, April 08, 2015 3:29 PM
**To:** von Seeburg, Christine
**Cc:** Claude M. Stern; Evette Pennypacker; Derek Tang; Michael LaFond
**Subject:** RE: Lilith Games v uCool - Receipt

Christine, thank you.
Please make sure your team cc's all emails in this case to me and to my team, which is cc'd on this email.
Regards,
 Claude

Claude M. Stern
Co-Chair, National Intellectual Property Litigation Practice
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Direct: (650) 801-5002
Main Phone: (650) 801-5000
Main Fax: (650) 801-5100
Mobile: (650) 400-5319
E-mail: claudestern@quinnemanuel.com

---

**From:** von Seeburg, Christine [mailto:Christine.vonSeeburg@bakermckenzie.com]
**Sent:** Wednesday, April 08, 2015 2:14 PM
**To:** Claude M. Stern
**Subject:** Lilith Games v uCool - Receipt

Dear Mr. Stern:

Can you kindly confirm you were able to open and download the Hightail email I just sent to you, which included the First Amended Complaint in the attachments?

Many thanks,

Christine von Seeburg
Assistant to Colin H. Murray, Teresa H. Michaud and Christina M. Wong
Litigation Department
Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, California  94111-3802, USA
Tel: + 1 415 576 3057
Fax: +1 415 576 3099
christine.vonseeburg@bakermckenzie.com

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

Please consider the environment before you print this email.