| | |
|---|---|
| 1 | Colin H. Murray (State Bar No. 159142) |
| | colin.murray@bakermckenzie.com |
| 2 | Teresa H. Michaud (State Bar No. 296329) |
| | teresa.michaud@bakermckenzie.com |
| 3 | **BAKER & McKENZIE LLP** |
| | Two Embarcadero Center, 11th Floor |
| 4 | San Francisco, CA 94111 |
| | Telephone: +1 415 576 3000 |
| 5 | Facsimile:  +1 415 576 3099 |
| 6 | W. Barton Rankin (*Admitted Pro Hac Vice*) |
| | w.rankin@bakermckenzie.com |
| 7 | **BAKER & McKENZIE LLP** |
| | 2300 Trammell Crow Center |
| 8 | 2001 Ross Avenue |
| | Dallas, Texas 75201 |
| 9 | Telephone: +1 214 978 3000 |
| | Facsimile:  +1 214 978 3099 |
| 10 | |
| 11 | Attorneys for Plaintiff |
| | Lilith Games (Shanghai) Co. Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., | Case No. 15-cv-01267-SC |
| Plaintiff, | **DECLARATION OF WANG XINWEN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| uCool, Inc. and uCool Ltd., | [Fed. R. Civ. P. 65] |
| Defendants. | Date:        June 26, 2015 |
| | Time:        10:00 a.m. |
| | Courtroom:   1, 17th Floor |
| | Before:      The Hon. Samuel Conti |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

CASE NO. 3:15-cv-1267
Declaration of Wang Xinwen

1. My name is Wang Xinwen, and I am over the age of twenty-one (21) years, of sound mind, and fully competent to testify in this cause.

2. I founded Lilith Games (Shanghai) Co. Ltd. ("Lilith") in May 2013 for the purpose of developing games for mobile devices, such as iPhones and iPads. I am currently Lilith's CEO, and in that role, I have personal knowledge of all of Lilith's game development efforts. I am also personally familiar with Lilith's distribution agreements and generally all other aspects of Lilith's business operations. As a result, I have personal knowledge that all facts set forth in this declaration are true and correct.

3. At the time Lilith was founded in May 2013, Lilith began to develop the game <u>Dao Ta Chuan Qi</u> in Chinese (literally meaning "the legend of sword and tower") ("Sword and Tower"). Lilith's employees authored approximately 240,000 lines of software code for the purpose of making Sword and Tower operational, and that code expresses Lilith's originally created works.

4. Lilith owns Chinese copyright registrations for, among other things, the computer software code embodied in Sword and Tower. True and correct copies of Lilith's Chinese registered copyrights in its computer software, along with an English translation, are attached hereto as Exhibit A. Lilith was not required to provide a full and complete copy to the Chinese copyright office, and consequently, a copy of Lilith's software code is not available, publicly or otherwise, through the Chinese copyright office.

5. Lilith developed Sword and Tower through extensive effort and at great expense. Sword and Tower was first released in China in February 2014, through Apple's App Store. The game soon became immensely popular. By May 2014, Sword and Tower was named as China's top grossing iOS game, and by August 2014, Sword and Tower had become the number one game in all of Asia. As of March 2015, the game has been downloaded over 29 million times through one distribution channel alone.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

CASE NO. 3:15-cv-1267
Declaration of Wang Xinwen

6. Based on Sword and Tower's initial success, Lilith developed plans to release Sword and Tower in other countries. Specifically, Lilith entered into agreements with entities for the distribution of Sword and Tower in Europe, Southeast Asia, Korea and Japan. Those agreements grant the distributor the exclusive right to release Sword and Tower in their respective geographic areas.

7. In addition to obtaining Chinese registered copyrights to protect its original works, Lilith's employees also embedded a copyright declaration deep within Lilith's software code. Thus, if the software code was copied, Lilith would be able to navigate to the embedded copyright declaration and cause a pop-up screen to appear with the following: "LILITH GAMES ©."

8. In August 2014, Lilith learned that uCool was distributing a game called Heroes Charge, which Lilith believed infringed upon Lilith's copyrights. But in March 2015, as Lilith has begun to release Sword and Tower in countries where Heroes Charge is also available, consumers have provided negative feedback concerning Lilith, accusing Lilith of infringing upon Heroes Charge. Comments from users of both games that disparage Lilith in this manner are damaging to Lilith's reputation as a game developer. True and correct copies of just some of the negative user comments directed at Lilith are attached to this declaration as Exhibit B.

9. Lilith's distributors have also expressed their concern and displeasure over uCool's distribution of Heroes Charge in their territories. The distributors have informed Lilith that uCool's actions deprive them of the benefit of their bargain, i.e., exclusivity, and they have exerted pressure on Lilith to take necessary actions to prevent any further infringement of Lilith's copyrights by uCool. Further, Lilith has not been able to secure an exclusive distributor in the United States because of uCool's infringement. Indeed, distributors have declined Lilith's offers of exclusive distributorship, citing uCool's release of Heroes Charge as defeating any exclusivity rights that would be granted under such an agreement. Without such an arrangement, Lilith cannot effectively

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

2

CASE NO. 3:15-cv-1267
Declaration of Wang Xinwen

distribute Sword and Tower in the United States.

Under the laws of the United States, I declare under the penalty of perjury that the foregoing is true and correct.

Dated May. 4. 2015

_____王信文 Wang Xinwen_____
Wang Xinwen
CEO, Lilith Games (Shanghai) Co., Ltd.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

3

CASE NO. 3:15-cv-1267
Declaration of Wang Xinwen