# Zinwen Declaration Exhibit A-1

# 中华人民共和国国家版权局
# 计算机软件著作权登记证书

证书号： 软著登字第0675752号

软 件 名 称： 莉莉丝刀塔传奇软件
　　　　　　　［简称：刀塔传奇］
　　　　　　　V1.0.0

著 作 权 人： 莉莉丝科技（上海）有限公司

开发完成日期： 2013年11月13日

首次发表日期： 2013年11月13日

权利取得方式： 原始取得

权 利 范 围： 全部权利

登 记 号： 2014SR006508

根据《计算机软件保护条例》和《计算机软件著作权登记办法》的规定，经中国版权保护中心审核，对以上事项予以登记。





计算机软件著作权
登记专用章

No. 00402685　　　　　　　　　　　　　　2014年01月16日

# Zinwen Declaration Exhibit A-2

National Copyright Administration of the People's Republic of China

Certificate of Copyright Registration for Computer Software

Certificate No.: Ruan Zhu Deng Zi No. 0675752

| | |
|---|---|
| Name of Software: | 莉莉丝刀塔传奇软件 |
| | [short name: 刀塔传奇] |
| | V 1. 0. 0 |
| Copyright Owner: | 莉莉丝科技（上海）有限公司 |
| | Lilith Games(Shanghai) Co.,Ltd |

| | |
|---|---|
| Date of Development Completion: | November 13, 2013 |
| Date of First Publication: | November 13, 2013 |
| Rights acquired through: | Initial Acquisition |
| Scope of Rights: | Without Limitation |
| Registration No.: | 2014SR006508 |

In accordance with the *Regulations on Computer Software Protection* and the *Measures for Registering Computer Software Copyright*, the Copyright Protection Center of China has verified and hereby approves the registration of the above.

[Chop of Copyright Registration for Computer Software

by

National Copyright Administration of the People's Republic of China]

No. 00402685                              Date of Issuance: January 16, 2014

3796343-v1\HKGDMS

# Zinwen Declaration Exhibit A-3

# 软件产品登记证书

经审核，  莉莉丝刀塔传奇软件 ［简称：刀塔传奇］V1.0.0  符合《进一步鼓励软件产业和集成电路产业发展的若干政策》和《软件产品管理办法》的有关规定，准予登记，特发此证。

申请企业： 莉莉丝科技(上海)有限公司

证书编号： 沪DGY-2014-0051

有 效 期： 五年

发证机关： 上海市经济和信息化委员会

二〇一四年 二 月 日