# Zinwen Declaration
# Exhibit B-1

★★ ★ ★ ★

App version 2.1.1
Xperia M2 (D2303)

**Manuel Marco Esparcia on Mar 20, 2015 at 8:32 PM**

Auto-translated from Spanish

The game itself is fine but as is almost a copy of heroes charge changing some things you can compare and above now even connects to the game and takes an exaggerated thing and why I'm with WiFi conectado.una worth Hide original review

Original review

El juego en sí está bien pero como es casi una copia del héroes charge cambiando algunas cosas no se le puede comparar y encima ahora ni siquiera se conecta al juego y tarda una cosa exagerada y eso que estoy con WiFi conectado.una pena

★ ★ ★ ★ ★

App version 2.1.1
p880

**Seçkin ERDÖL on Mar 20, 2015 at 3:15 PM**

Auto-translated from Turkish

**Ramming game** Heroes of age s charge Hide original review

Original review

**Çakma oyun** Heroes charge ın çakması

★★★★ ★

App version 2.1.1
Nexus 5 (hammerhead)

**patrick perez cruz on Mar 20, 2015 at 5:04 AM**

Auto-translated from Dutch

**Fun game but** It's a big fat copy of heroes charge! It starts exactly the same and it plays exactly the same. Thick thing for a lawyer haha Hide original review

Original review

**Leuke game maar** Het is een dikke vette copie van heroes charge ! Het begint precies het zelfde en het speelt precies het zelfde. Dikke zaak voor een advocaat haha

Reply to this review

★ ★ ★ ★ ★

App version 2.1.1
Galaxy S4 (jflte)

**Ferry Riebeek on Mar 20, 2015 at 2:14 AM**

Auto-translated from Dutch

Bit of a shame that everyone sel imitating. Play many prefer heroes ** batch ** Hide original review

Original review

**Fake** Beetje jammer dat iedereen dit sel namaakt. Speel veel liever **heroes charge**

★ ★ ★ ★ ★

App version 2.1.1
Xperia M2 (D2303)

**Mateusz Kobylański on Mar 20, 2015 at 2:13 AM**

**Very good game!** This game isn't be a copy of Heroes Charge,Heroes Charge is copy of this awesome game. Thanks and props for programists.

Reply to this review

★ ★ ★ ★ ★
Galaxy Tab 10.1 (GT-P7500)    **Wiktor Wiśniewski on Mar 21, 2015 at 12:47 AM**

Auto-translated from Polish

Downloading only to diamonds in the other game. This game is a cheap podróbwka
Heroes Charge. Hide original review

Original review

Pobieram tylko dla diamentów w innej grze. Ta gra to tania podróbwka Heroes Charge.

★ ★ ★ ★ ★
App version 2.1.1    **Peteris Larionovs on Mar 20, 2015 at 12:43 AM**
PAP5300DUO    **cool** Your game so very fast was restarted!!!You still from Heroes Charge but make
upgrades??!!game cool

Reply to this review

★ ★ ★ ★ ★
App version 2.1.1    **pedro rivera bona on Mar 19, 2015 at 10:40 PM**
range Rono (Vec4G)    Auto-translated from Spanish

**There are better ...** If you really want a game of this type, download the charge
heroes is best. Hide original review

Original review

**Hay mejores...** Si realmente queréis un juego de este tipo, descargad el héroes
charge que es mejor.

★ ★ ★ ★ ★
App version 2.1.1    **Vadim Stus on Mar 19, 2015 at 6:27 AM**
Nexus 7 (flo)    Auto-translated from Romanian

Plagiarism! Hide original review

Original review

Plagiat!

★ ★ ★ ★ ★
HTC Desire 310 (htc_v1_u)    **Pachet BOX on Mar 19, 2015 at 1:58 AM**

**Copyright** The original game is Heroes Charge by uCool.

★ ★ ★ ★ ★
Galaxy S3 (m3)    **Elias Myllykangas on Mar 19, 2015 at 1:05 AM**

Auto-translated from Finnish

Melkee same ku heroes but they did not charge for updates nii lengthy Hide original
review

Original review

Melkee sama ku heroes charge mut ei päivitykset nii pitkäl

★ ★ ★ ★ ★
App version 2.1.1
S9

**Ciprian Dobre** on Mar 18, 2015 at 10:03 PM

Auto-translated from Romanian

**There is nothing** Rather than embarrassing copy of heroes charge Hide original review

Original review

**Nu e altceva** Decat o copie jenanta a heroes charge

★ ★ ★ ★ ★
L65 (w55n)

**Kuba Biernat** on **Mar 18, 2015 at 6:07 PM**

PODRUBKA HEROS CHARGE!!!!!!!!!!!-!!!!!!!!!!!

★ ★ ★ ★ ★
App version 2.1.1
Xperia Z2 Tablet (SGP511)

**Mikołaj Wojciechowski** on Mar 18, 2015 at 3:06 PM

Auto-translated from Polish

**Fake** BIG G Hide original review

Original review

**PODRÓBA** WIELKIE G

★ ★ ★ ★ ★
App version 2.1.1
A706 (armani)

**Виталий Демченко** on Mar 18, 2015 at 1:33 PM

Auto-translated from Russian

**No Russian** I leave in heroes charge - just because she russifitsirovat, your schedule is much more like it, but when you add the Russian language? Hide original review

Original review

**Нет русского** Ухожу в heroes charge - только потому что она руссифицирована, ваша графика намного больше нравиться, но когда добавят русский язык?

Reply to this review

★ ★ ★ ★ ★
LG Optimus L4 II (vee4ss)

**Daniil Krotov** on Mar 18, 2015 at 12:12 PM

Auto-translated from Lithuanian

**Nesamone** Heroes charge and better shit here Hide original review

Original review

**Nesamone** Heroes charge geriau o cia sudas

★ ★ ★ ★ ★
App version 2.1.1
GENERAL_MOBILE

**Halil Dugra** on Mar 18, 2015 at 5:21 AM

Auto-translated from Turkish

**Gunshot wounds Mobile Discovery** Download Do not try to deceive a great game according to reviewers tasteful super heroes Hide original review

Original review

**Genaral Mobile Discovery** Harika bir oyun yorumlara aldanmayin indirin deneyin gorun super zevkli kahramanlar var

Reply to this review

★ ★ ★ ★ ★
Lenovo A328 (A328)

**Árvai Attila on Mar 18, 2015 at 5:16 AM**

Full of heroes charge copy

★ ★ ★ ★ ★
Galaxy Grand2 (ms01lte)

**Łukasz Kucharski on Mar 18, 2015 at 5:05 AM**

Porażka podróbka heroes charge. This is a copy o heroes charge

★ ★ ★ ★ ★
Lenovo A5500-F (A5500-F)

**Roland Palgut on Mar 18, 2015 at 3:20 AM**

Auto-translated from Slovak

**Pretty good but ...** The game is good but it s entirely similar to the game Heroes Charge. Hide original review

Original review

Celkom dobre ale... Hra je to cobra ale sa uplne podoba na hru Heroes Charge

★ ★ ★ ★ ★
App version 2.1.1
HTC One mini (htc_m4)

**Ахмед Аль-Шаер on Mar 18, 2015 at 2:54 AM**

Auto-translated from Russian

**But not the bunker ...** This is not plagiarsm pillboxes. this is plagiarism Heroes Charge! Hide original review

Original review

Не дота но... Это не плагиат доты, это плагиат Heroes Charge!

★ ★ ★ ★ ★
App version 2.1.1
ry Tab2 7.0 (espressowifi)

**Илья Шутько on Mar 18, 2015 at 2:24 AM**

Auto-translated from Russian

**Game rules** Plagiarism Game Heroes Charges of this, only 1 point Hide original review

Original review

Игра норм ПЛАГИАТ игры Heroes Charges из за этого лишь 1 бал

★ ★ ★ ★ ★
Turkcell Maxi Plus 5 (nice)

**Paul Adelean on Mar 18, 2015 at 12:40 AM**

**Nice but ...** This is just a simplified copy of Heroes Charge .

★ ★ ★ ★ ★
Galaxy Tab3 7.0 (lt02wifi)

**Stefan Hutan on Mar 22, 2015 at 11:26 PM**

Auto-translated from Romanian

**Ce disabilities** This game is a copy of the game Heroes Charge Hide original review

Original review

Ce cacat Jocu asta este o copie a jocului Heroes Charge

★ ★ ★ ★ ★
App version 2.1.1
HTC One (m7)

**Alexandru-Paul Dima on Mar 22, 2015 at 10:53 PM**

**Very nice game** I heard about this game from an ad and I started playing it. It nice and I enjoy it, it still has some bugs, but I'm sure those will be solved soon. Good luck with sorting things out with ucool!

Reply to this review

★ ★ ★ ★ ★
App version 2.1.1
G2 MINI (g2m)

**Kevin Barańczyk** on Mar 22, 2015 at 5:25 PM

**Much, much better** Than the uCool "not-so-cool" stolen concept. Everything best for you guys and I hope that you'll sue those sons of bitches and win the case. One thing. I've accidentally uninstalled the game, but I've been logged into Google account. Now, when I try to log in, it appears that the game data has vanished. What to do lads?

Reply to this review

★ ★ ★ ★ ★
Xperia Z1 (C6903)

**Jerome Rutten** on Mar 21, 2015 at 9:33 PM

Lol make something original and don't copy heroes charge. This game is bad

★ ★ ★ ★ ★
App version 2.1.1
LG G Pad 8.3 (awifi)

**Алексей Тарасов** on Mar 21, 2015 at 8:17 PM

Auto-translated from Russian

Those who shout about plagiarism ... For example. I have been much nicer to the Persians with your favorite games, Chemi any left devils. I'd hardly started to play, f I had a girlfriend. And about the heroes charge, then plagiarists kakraz Chardjui and the other day will be a trial. The fact that there is Russian for someone maybe less, but the school is popravit   A graph there is cleary more pleasant. When I heard about the court, all confused and thinking that plagiarists Allstar, set Chardjui. So the graph there after Allstar unpleasant, had come back hoping not to sue. But it turned out that all naoborots rights. In Chardjui will have big problems, because they are not only stolen the idea and decompiled kernel. Although it is Chinese, they have there own laws. Something I raspizdelsya   And one more thing. We Okapi Aalstar opens new serfs, while Chardjui you a very long time to suck in pvp with minimal chance to catch the leaders Hide original review

Original review

Те кто кричит про плагиат... Мне, например, намного приятнее чтоб были персы с любимой игры, чеми какие-то левые черти. Врядли я б начал играть, если б было подругому. А по поводу heroes charge, то плагиаторы какраз чарджи и на днях будет разбирательство в суде. То что нет русского для кого-то может и минус, но школа все поправит   А графа тут явно приятнее. Я когда услышал про суд, все перепутал и думая что плагиаторы аллстары, установил чарджей. Так вот графа там после аллстаров неприятна, пришлось вернутся надеясь что не засудят. А оказалось все наоборот: правами то. У чарджей будут большие проблемы, т.к. они не только сперли идею но и декомпилировали ядро. Хотя это китайцы, у них там свои законы. Что-то я распизделся   А еще одно. У алстаров открываются новые сервы, а у чарджей вы будете очень долго сосать в пвп с минимальными шансами догнать лидеров

Reply to this review

★ ★ ★ ★ ★
LG Optimus L4 II (vee4ss)

**Mantas Balsys** on Mar 21, 2015 at 2:07 PM

Auto-translated from Bosnian

**Copy** Hide original review

Original review

**Kopija** Heroes charge kopija

★ ★ ★ ★ ★
App version 2.1.1 **JuniorBaun BaunJunior** on **Mar 21, 2015** at **3:53 AM**
Xperia Z2 Tablet (SGP521) totaly stolen from Hero Charge. what a ripoff

★ ★ ★ ★ ★
P780 (P780_ROW) **Rusya Gorodov** on **Mar 24, 2015** at **2:26 AM**
Better animations than in Heroes Charge
Reply to this review

★ ★ ★ ★ ★
Galaxy Tab2 7.0 (espressowifi) **Berbec Sebastian** on **Mar 23, 2015** at **10:04 PM**
Auto-translated from Romanian
Like in charge here, but it's hard. Hide original review
Original review
Asemanator cu hereos charge , dar e tare.

★ ★ ★ ★ ★
Xperia E1 (D2005) **Alan Knight** on **Mar 23, 2015** at **9:47 PM**
Auto-translated from Polish
**Are other characters** Hide original review
Original review
**Sa inne postacie** To samo co Heroes Charge

★ ★ ★ ★ ★
App version 2.1.1 **Semih Ardıç** on **Mar 23, 2015** at **8:32 AM**
Galaxy S3 (m0) Auto-translated from Turkish
Heroes changer le same Hide original review
Original review
Heroes change la aynı

★ ★ ★ ★ ★
PAP354DUO **Mickey Mouse** on **Mar 23, 2015** at **4:42 AM**
Auto-translated from Bosnian
**Horror** A copy of Heroes Charga not install blocks and how one can play at all this Hide original review
Original review
**Užas** Kopija Heroes Charga ne instalirati bloka i kako neko uopce ovo moze igrat

★ ★ ★ ★ ★
HTC One (m7) **Oemar Alkatiri** on **Mar 23, 2015** at **3:49 AM**
**Ripoff game.** This game is just a ripoff of Heroes Charge.

★ ★ ★ ★ ☆
App version 2.1.1
Lenovo S658t (S658t)

**оля бiлецька on Mar 23, 2015 at 3:24 AM**

Auto-translated from Ukrainian

The same as heroes Charge only is all a very cartoony .... why. 4 stars Hide original review

Original review

Така сама як heroes Charge тiльки тут всьо дуже мультяшно.... Тому. 4 зiрки


★ ☆ ☆ ☆ ☆
tass

**Marcin Moryc on Mar 25, 2015 at 3:56 AM**

Auto-translated from Polish

**Shit** Poor fake heroes charge but orginal recommend Hide original review

Original review

**Gowno** Kiepska podrobka heroes charge ale orginal polecam

★ ★ ★ ★ ★
App version 2.1.1
P7-L12 (hwp7)

**Ian Tabone on Mar 25, 2015 at 4:41 AM**

**MISFITS** Good game just disappointed by ucool for copying this game without permission hope u do somthing about it.. overall nice

★ ☆ ☆ ☆ ☆
Galaxy S3 Neo Plus (s3ve3g)

**HÜSEYİN ALAK on Mar 25, 2015 at 4:34 AM**

Auto-translated from Turkish

Heroes Of Charge wannabes could not have been like crap already infamous for simulation Hide original review

Original review

Heroes Of Charge özentileri bok gibi olmuş zaten benzetememişler reziller


★ ★ ☆ ☆ ☆
App version 2.1.1
Xperia Z1 (C6903)

**Tomaz Tozas on Mar 25, 2015 at 4:22 AM**

Auto-translated from Lithuanian

Liev copy of the game Heroes charge, the better and more comfortable, etc. :) Hide original review

Original review

Lievas, kopija zaidimo Heroes charge, tas geresnis patogesnis ir t.t :)

# Zinwen Declaration Exhibit  B-2

★ ★ ★ ★ ★
Xperia T3 (D5103)

**Jakub Grzelewski** on **Mar 17, 2015 at 2:29 AM**

Auto-translated from Polish

**Fake** This is a fake cheroes charge Hide original review

Original review

**Podróba** To jest podróba cheroes charge

★ ★ ★ ★ ★
App version 2.1.1
Xperia M dual (C2005)

**Вова Кирик** on **Mar 17, 2015 at 3:13 AM**

Auto-translated from Russian

**A copy of another game** The same dynamics, mechanics, engine, a copy of heroes charge Hide original review

Original review

**Копия другой игры** Динамика та же, механика, движок, копия heroes charge

★ ★ ★ ★ ★
ALLVIEW_A4You

**nandor ch** on **Mar 17, 2015 at 3:45 AM**

Auto-translated from Hungarian

**The** I know that you have the right but the heroes Charged graphics. Hide original review

Original review

**Jo** Tudom hogy lemasoltak a heroes charget de jobb a grafika.

★ ★ ★ ★ ★
G750-U10 (hwG750-U10)

**Lol Lol** on **Mar 17, 2015 at 8:52 PM**

Auto-translated from Dutch

Ok but heroes batch is better Hide original review

Original review

Ok maar heroes charge is beter

★ ★ ★ ★ ★
LG G2 (g2)

**Bib Bob** on **Mar 16, 2015** at **3:23 PM**

Auto-translated from Dutch

100% made from recovered after change and compared this change has re WHOLE good grafics Hide original review

Original review

**SO FAKE GAME** 100% na gemaakt van hero change en vergeleken met dit heeft hero change HELE goede grafics

★ ★ ★ ★ ★
Xperia SP (C5303)

**Meigo De Rosca** on **Mar 16, 2015** at **6:48 PM**

Auto-translated from Spanish

**HEROES blatant copy of CHARGE** It is a copy of another game, it's still visually beautiful mother Hide original review

Original review

**Copia descarada de HÉROES CHARGE** Es una copia de otro juego, aun así es madre bonito visualmente

★ ★ ★ ★ ★
App version 2.1.1
Lenovo S850 (S850)

**Iacob George** on **Mar 16, 2015** at **7:03 PM**

**Stupid developers** Fuck you, guyz. You deserve to be sued by uCool, you steal everything from Heroes Charge.

★ ★ ★ ★ ★
ZenFone 5 (ASUS_T00J)

**Себастиан Оприш** on **Mar 16, 2015** at **8:04 PM**

Auto-translated from Serbian

Eta å heroes in charge Hide original review

Original review

Ета похоже на heroes charge

★ ★ ★ ★ ★
Galaxy S3 Mini (golden)

**Daniel Tuma** on **Mar 16, 2015** at **11:25 PM**

Auto-translated from Czech

**Embarrassing** Just copy Heroes Charge ... Hide original review

Original review

**Trapný** Jen kopie Heroes Charge...

★ ★ ★ ★ ★
App version 2.1.1
Xperia M (C1905)

**Deniss Ivanovs** on **Mar 16, 2015** at **1:35 AM**

Auto-translated from Russian

**Obnagleli !!!!** This game is pure plagiarism Game Heroes Charge Hide original review

Original review

**Обнаглели!!!!** Это игра чистый плагиат игры Heroes Charge

★ ★ ★ ★ ★
App version 2.1.1
Galaxy S4 (jflte)

**Sebastian Wilczek** on **Mar 16, 2015** at **1:40 AM**

**Fail** Dude seriously???? Total copy of heroes charge .You don't have an idea for your own game dude? ??? Wtf??????? Big lol seriouuusllllyyyy?????? Żal

★ ★ ★ ★ ★
Xperia V (LT25i)

**Mr Flix** on **Mar 16, 2015** at **1:44 AM**

Auto-translated from Russian

**Copied tray fagot (** The most simple plagiarism !! Hide original review

Original review

**Скопировали лотку пидары(** Самые простые плагиате!!

★ ★ ★ ★ ★
Xperia Z3 (D6603)

**Linda Vojtekova** on **Mar 16, 2015** at **4:59 AM**

Auto-translated from Slovak

**Totálna copier heroes charge !!** Disgust Hide original review

Original review

**Totálna kopírka heroes charge!!** Hnus

★ ★ ★ ☆ ☆
Lenovo S850 (S850)  **Gaal Balint** on **Mar 16, 2015** at **5:11 AM**

Auto-translated from Hungarian

Only 3 * because the charge Heroes characters. Hide original review

Original review

Csak 3* mert a Heroes charge karakterek.

★ ★ ☆ ☆ ☆
Galaxy S4 Mini (serranolte)  **grzesiu szczepanski** on **Mar 16, 2015** at **5:30 AM**

Auto-translated from Polish

Almost Heroes identyko charge Hide original review

Original review

**To samo** Prawie identyko heroes charge

★ ☆ ☆ ☆ ☆
ZTE Blade L2 (P182A10)  **Ivan Pepesito** on **Mar 16, 2015** at **7:49 AM**

Auto-translated from Spanish

**Copy** It is a copy of heroes charge Hide original review

Original review

**Copia** Es una copia de héroes charge

★ ☆ ☆ ☆ ☆
ALLVIEW  **alexandru pop** on **Mar 16, 2015** at **7:57 AM**

Auto-translated from Italian

**Identical copies** Hide original review

Original review

**Copie identica** Heroes charge

★ ★ ★ ★ ★
Galaxy S3 Neo Plus (s3ve3g)

**Petr Dolezal** on **Mar 15, 2015 at 5:09 PM**

Auto-translated from Czech

**Copy** This is a copy of the great games Heroes Charge. Some Chinese what we were waiting for ... Appendix vyvovajare when you launched the game for androids before, why there appeared to now and you just download 10-50K? Charge Heroes was released much earlier than this, I know play it from the beginning. Steal the game and still blame what he did to her the fact that he stole it from you? Lol Hide original review

Original review

**Kopie** Jedná se o kopii skvělé hry Heroes Charge. Nějaký Číňani, co bychom čekaly... Dodatek pro vyvovajare, když ste hru spustily pro androidy před rokem, proč se tu objevila až teď a máte jen 10-50K stazeni? Heroes Charge byl vydán mnohem dřív než uvádíte, vím to hrají ji od začátku. Ukrást hru a ještě obvinit toho co jí udělal z toho, že ji ukradl on vám? Lol

★ ★ ★ ★ ★
Nexus 5 (hammerhead)

**Brute Sin** on **Mar 15, 2015 at 5:44 PM**

**Heroes Charge** FU.CK THIS SHI.T GAME COPY OF HEROES CHARGE!!! WHAT ARE THESE GRAPHICS?GET A LIFE ID.IOTS!! Why can't you make your own game?? Suckers!!!

★ ★ ★ ★ ★
App version 2.1.1
A3000 (A3000)

**Марина Куницкая** on **Mar 15, 2015 at 8:34 PM**

Auto-translated from Russian

**Put 3** The game is good but put 3 because there is a very well very similar game charge heroes Hide original review

Original review

**Поставил 3** Игра хорошо но поставил 3 потому что есть очень ну уж очень похожая игра charge heroes

★ ★ ★ ★ ★
App version 2.1.1
LG G2 (g2)

**Artur Pycia** on **Mar 15, 2015 at 9:12 PM**

Auto-translated from Polish

**Detailed** Purely fucked with heroes charge. Hide original review

Original review

**Podroba** Czysto zerzniete z heroes charge.

★ ★ ★ ★ ★
App version 2.1.1
VodafoneSmart4turbo (VodafoneSmart4turbo)

**Alfret Mello on Mar 14, 2015 at 11:23 PM**

Auto-translated from Spanish

**Copy** Heroes Backing Charge, although they say publicly that if true, and could have been more original, other heroes, another mechanism, other skills ... So do not feel like heroes spend the charge to allstar, even as complemementario game. Hide original review

Original review

**Copia** Copia de Heroes Charge, aunque digan publicamente que si es cierto, ya podrían haber sido más originales, otros heroes, otro mecanismo, otras habilidades... Así no dan ganas de pasarse del heroes charge al allstar, ni siquiera como juego complemementario.

★ ★ ★ ★ ★
App version 2.1.1
ITP-R208W (rk30sdk)

**Beni Molnár on Mar 14, 2015 at 11:53 PM**

Auto-translated from Hungarian

Heroes Charge Copy Nob you can not figure out anything else blows Hide original review

Original review

**Heroes charge** Heroes Charge Copy nobbok nem tudtok kitalálni mást fuj

★ ★ ★ ★ ★
Galaxy Tab S 10.5 (chagallwifi)

**Floris PW on Mar 15, 2015 at 12:39 AM**

**Heroes Charge copy** Exactly the same as Heroes Charge but bad and buggy. I read you guys mentioned they copied you but regardless they are doing a way better job at this game than you guys to be honest. Their version looks waaaay better and no bugs at all. Either you copied them or I am happy they copied you since this game just gives errors and uses asian characters sometimes (so hard to fully translate a game?) and looks waaaaaay better.

★ ★ ★ ★ ★
Galaxy S3 (m3)

**Adam Wrabel on Mar 15, 2015 at 1:11 AM**

Auto-translated from Hungarian

New heroes and new skillekkel would be many chances, but it can not achieve the footsteps of Heroes Charge Copy ... boring ... Hide original review

Original review

Uj hosokkel es uj skillekkel talan lenne eselye, de igy a Heroes Charge nyomaba sem erhet...unalmas masolat...

★ ★ ☆ ☆ ☆
App version 2.1.1
HTC Desire 500 (z4u)

**Женя Акимов** on **Mar 15, 2015 at 1:22 AM**

Auto-translated from Russian

I put 2 because the graphics are good and the rest of the game stole heroes charge. If your left a little earlier than I'd played it, as well as in the heroes charge I have a lot of that was that I do not want to pass it again, all tezhe levels all with the same characters but on the other graphs. Downloaded in the hope that if'll come through Facebook or Google account then my saving zanruzitsya and I will continue to play the new graph Hide original review

Original review

Ставлю 2 потому что графика хорошая а все остальное своровано из игры heroes charge. Если бы ваша вышла бы немного раньше я б играл в нее, а так как в heroes charge я уже много чего прошел то не хочу проходить ее заново , все теже уровни все с теми же героями только с другой графой. Скачал в надежде на то что если зайду через фейсбук или гугл аккаунт то мое сохранение занрузится и я с новой графой продолжу играть

★ ★ ★ ★ ☆
App version 2.1.1
Galaxy Core (arubaslim)

**Wagner Bence** on **Mar 15, 2015 at 2:25 AM**

Auto-translated from Hungarian

Heroes charge one copy but worth a shot Hide original review

Original review

Heroes charge copy de 1 probat meger

★ ☆ ☆ ☆ ☆
bq_Curie2_QuadCore

**Carlos Jose Godoy** on **Mar 14, 2015 at 7:30 PM**

Auto-translated from Spanish

**Copy** That said, a copy of Heroes Charge Hide original review

Original review

**Copia** Lo dicho, una copia del Héroes Charge

★ ☆ ☆ ☆ ☆
App version 2.1.1
Thunder_Q45

**Dawid Sobiechowski** on **Mar 14, 2015 at 8:09 PM**

Auto-translated from Polish

**Podrobka** An idea for a game they do not have! It's a cheap knockoff Heroes Charge! Hide original review

Original review

**Podrobka** Pomysłu na gre nie maja! To tania podrobka Heroes Charge!

★ ★ ★ ★ ☆
A516 (A516_ROW)

**Влад Гетун** on Mar 14, 2015 at 8:34 PM

Auto-translated from Ukrainian

**Plagiarism** This game is copied from the game heroes charge Hide original review

Original review

**Плагіат** Ця гра скопійована з гри heroes charge

---

★ ★ ★ ☆ ☆
App version 2.1.1
Galaxy Trend Plus (kylepro)

**Daniel Gros** on Mar 14, 2015 at 8:53 PM

Auto-translated from Czech

**Kopiranti** It's only heroes in charge of better quality Hide original review

Original review

**Kopiranti** Je to jenom heroes charge v lepší kvalitě

---

★ ★ ★ ★ ☆
App version 2.1.1
L90 (w7n)

**Maciek Kubicki** on Mar 14, 2015 at 4:39 PM

Auto-translated from Polish

Because little is podrubką Heroes Charge Hide original review

Original review

**Dam 4** Bo troche jest podrubką Heroes Charge

---

★ ☆ ☆ ☆ ☆
App version 2.1.1
LG G2 (g2)

**Jacek Mielnik** on Mar 14, 2015 at 4:48 PM

Auto-translated from Polish

**Fake** Heroes Charge is better Show original review

---

★ ☆ ☆ ☆ ☆
App version 2.1.1
LG G2 (g2)

**Jacek Mielnik** on Mar 14, 2015 at 4:48 PM

Auto-translated from Polish

**Fake** Heroes Charge is better Show original review

★ ★ ★ ☆ ☆
B1-710 (B1-710)  **Antonin Drozd** on **Mar 14, 2015** at **4:59 PM**

Auto-translated from Czech

Heroes Charge is better Show original review

★ ★ ★ ★ ★
Galaxy Pocket2 (pocket2ss3g)  **Bence Pethő** on **Mar 14, 2015** at **6:23 PM**

Auto-translated from Hungarian

Copy the entire game Hide original review

Original review

**Copy** Copy az egész játék

★ ☆ ☆ ☆ ☆
App version 2.1.1  **Tudor Nan** on **Mar 14, 2015** at **6:30 PM**
OnePlus One (A0001)  Auto-translated from Romanian

**Copy** Embarrassing Hide original review

Original review

**Copie** Jenant

Reply to this review

★ ☆ ☆ ☆ ☆
App version 2.1.1  **Yiğit Dülgar** on **Mar 14, 2015** at **6:54 AM**
Moto G (falcon umtsds)  Auto-translated from Turkish

**The Age** Heroes of Charge s competely the same, and it went like this shit Play Hide
original review

Original review

**Çakma** Tamamen Heroes of Charge ın aynısı ve bok gibi bu gidin onu oynayin

★ ★ ★ ★ ★
Sero 8 (rk3188)  **Dan Ren** on **Mar 14, 2015** at **3:07 AM**

Auto-translated from Bosnian

If you like this, install and charge hero Hide original review

Original review

**Lol** Ako vam se svida ova instalirajte i hero charge

★ ★ ★ ★ ★
MID5005   **Christian Banu** on **Mar 14, 2015** at **4:27 AM**

Auto-translated from Spanish

**Copy Barrata** It is a copy of heroes charge not worth playing is painful and does not compare with the original heroes graphics charge Hide original review

Original review

**Copia barrata** Es una copia del heroes charge no merece la pena jugarlo es penoso y no se compara en graficos con el original heroes charge

    ★ ★ ★ ★ ★
    LG G3 (g3)   **TheVikyan** on **Mar 14, 2015** at **4:37 AM**

    Auto-translated from Romanian

    **Penal** A copy terrible ... Hide original review

    Original review

    **Penal** O copie teribila...

★ ★ ★ ★ ★
LG G2 (g2)   **Doğukan Akbaba** on **Mar 14, 2015** at **5:01 AM**

Auto-translated from Turkish

**Heroes charge of the cake heroes Place bet even the same bastards** Hide original review

Original review

**Heroes chargenin cakmasi kahramanlari bile ayni yapmis serefsizler** .

    ★ ★ ★ ★ ★
    Galaxy Tab3 8.0 (lt013g)   **Olivér Dinnyés** on **Mar 14, 2015** at **5:44 AM**

    Auto-translated from Hungarian

    **Shit** Heroes Charge clean copy! Hide original review

    Original review

    **Szar** Tiszta Heroes Charge masolat!

    ★ ★ ★ ★ ★
    Galaxy Grand Neo (baffinlite)   **Vesi Mladenova** on **Mar 14, 2015** at **6:14 AM**

    **Copirano ot heroes charge** Copy - Paste of Heroes charge

★ ★ ☆ ☆ ☆
ONE TOUCH 6012D (California)    **Nemanja Curicic** on **Mar 13, 2015** at **9:57 PM**
**Copy** Heroes charge

★ ☆ ☆ ☆ ☆
ONE TOUCH 4033X (Yaris_M_GSM)    Patryk Bojanowski on Mar 13, 2015 at 10:05 PM
Auto-translated from Polish
Ooooooo Real shoddy and fake great game "Heroes Charge" Hide original review
Original review
Ooooooo Istna tandeta i podróbka wspaniałej gry "Heroes Charge"

★ ★ ★ ★ ★
App version 2.1.1    **Karolis Radeon** on **Mar 13, 2015** at **10:19 PM**
LG G2 (g2)    **Copy** Nice game but heroes charge copy though

★ ★ ★ ★ ★
A1000 (A1000F)    **giorgos Z** on **Mar 13, 2015** at **11:07 PM**
Auto-translated from Greek
is almost identical to the heroes charge Hide original review
Original review
είναι σχεδόν ίδιο με το heroes charge

★ ☆ ☆ ☆ ☆
Galaxy S3 Mini Value Edition (goldenvess3g)    **Ismailcan Navruz** on **Mar 13, 2015** at **11:22 PM**
Auto-translated from Turkish
Heroes also quoted fully charge Hide original review
Original review
Heroes charge den alıntı tamamen

★ ★ ★ ☆ ☆
HUAWEI MediaPad 7 Youth2 (hws7721u)    **Antonio Ferreira** on **Mar 14, 2015** at **2:01 AM**
Heroes charge

★ ★ ★ ★ ★
Galaxy Tab2 7.0 (espressowifi)

**Stoica Ionut** on **Mar 13, 2015 at 2:39 AM**

Auto-translated from Romanian

**Copy stupid to charge heroes** If you really want a good looking heroes Chara jucatii
Hide original review

Original review

**Copie tampita la heroes charge** Daca vreti cu adevarat sa jucatii ceva bun cautati
heroes chare

★ ★ ★ ★ ★
THL

**juanabix sativa** on **Mar 13, 2015 at 3:13 AM**

Auto-translated from Spanish

It is a copy of another game, just downloaded it and I whaff Hide original review

Original review

**Whaff** Es una copia de otro juego, solo lo e descargado por whaff

★ ★ ★ ★ ★
PMP7079D_QUAD

**David Stoklásek** on **Mar 13, 2015 at 3:45 AM**

Auto-translated from Czech

A full copy of Heroes Charge Hide original review

Original review

Úplná kopie Heroes Charge

★ ★ ★ ★ ★
HUAWEI P6 (hwp6-u06)

**Alfonso Perez** on **Mar 13, 2015 at 3:47 AM**

Auto-translated from Spanish

**Go back** It is an ugly and bad copy of heroes charge Hide original review

Original review

**Vaya copia** Es una copia fea y mala de heroes charge

★ ★ ★ ★ ★
A1-811 (mango)

**Francisco Coutinho** on **Mar 13, 2015 at 5:55 AM**

Auto-translated from Portuguese

Paste just like heroes of charge Show original review

★ ★ ★ ★ ★
App version 2.1.1
Galaxy S3 Mini (golden)

**nitro ww** on **Mar 13, 2015 at 1:13 AM**

Auto-translated from Polish

**Fake ...** After all, this is a cheap knockoff Heroes Charge .... defeat ... Show original review

★ ★ ★ ★ ★
Galaxy Young (royssnfc)

**Paweł Grzesik** on **Mar 13, 2015 at 1:23 AM**

Auto-translated from Polish

So I have not seen the exact fakes !!! I would recommend Heroes Charge and not the cheap fake Show original review

# Zinwen Declaration
# Exhibit  B-3

## 3. え？？

★☆☆☆☆ もうちょっとかわいいと - 2015年3月19日

ダメでしょ？？
ヒーローズチャージの完全パクリじゃん！！！
なにこれ？？www

What?
Can you do this?
Completely copied HC!!!
What is this?? hahaha

## 8. まるパクリ過ぎて評価しようが無い

★☆☆☆☆ かんている - 2015年3月19日

見た目でアレ？とは思ったがヒーローズチャージのまるパクリ
余りに同じ過ぎて引くわ

I can't review this because this is completely a copycat.
When I saw this, I was thinking, "what? completed copied from HC"
The copying is just too close

## 9. アースラ

★☆☆☆☆ ゆーいちろふ - 2015年3月19日

清々しいまでにヒーローズチャージの完全パクリでわろたわww

completed copied from HC. makes me laugh, hahaha

## 10. ただの劣化パクリ

★☆☆☆☆ たかムター - 2015年3月19日

ヒーローズチャージの統編かと思ったら、酷いパクリゲーだな

中国のアプリか？これ
恥もクソもないな

I thought it was a sequel of HC.    It turned out to be a complete clone.

Is this APP from China?    Shameless

## 15. 新ジャンル到来て＾＾

★☆☆☆☆ Suq'Ata Lancer - 2015年3月20日

内容がヒーローズチャージのパクリなのは兎も角、キャラもそのまんまじゃねーかw
ちょっとは変えろよな
声当ててる声優陣を軽蔑するわ

The content is completely copied from HC, even the characters are almost identical
just minor modifications
This almost made me look down upon the people who dubbed this game

## 18. え?

★☆☆☆☆ ✌三✌ - 2015年3月20日

これヒーローズチャージのパクリだよね・・・？？？？？

What? This game copied HC???

## 22. パクリの癖に...

★☆☆☆☆ ぷよ24569873 - 2015年3月22日

ヒーローズのパクリでしかない......んてヒーローズの方が月額が300円に対してこっちは...500円人それぞれて
すが...課金してしても意味ない!...

ヒーローズの方が宝箱のドロップ率もとてもいい...

This is a complete copycat of HC… A monthly plan for HC takes 300 yen, but for this game you
need to pay 500 yen… the money is paid for nothing …
You also have better chances getting gifts in HC

184 ：iPhone774G@転載は禁止：2015/03/16(月) 14:15:06.93 ID:sLofaHJ/0
初めてソウルクラッシュのページみたけど、これまんまヒロチャじゃんかよw
ttp://d.gaeamobile.co.jp/

First time I saw the webpage of Soul Clash - isn't that HC (laugh).

 **りちぇ(お)‑Liceo** @Riche_wow · Mar 17
HCまんま**パクリ**でさすがに笑えんわこれは。
"8000万DL突破の『**Soul Clash**』が日本上陸 | インサイド " s.inside-
games.jp/article/2015/0…

Absolutely and completely copied HC. Made me laugh out