Colin H. Murray (State Bar No. 159142)
colin.murray@bakermckenzie.com
Teresa H. Michaud (State Bar No. 296329)
teresa.michaud@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

W. Barton Rankin (*Admitted Pro Hac Vice*)
w.rankin@bakermckenzie.com
**BAKER & McKENZIE LLP**
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: +1 214 978 3000
Facsimile:  +1 214 978 3099

Attorneys for Plaintiff
Lilith Games (Shanghai) Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd.,<br><br>             Plaintiff,<br><br>    v.<br><br>uCool, Inc. and uCool Ltd.,<br><br>             Defendants. | Case No. 15-cv-01267-SC<br><br>**DECLARATION OF ZHANG ZHENXIN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Fed. R. Civ. P. 65]<br><br>**Date:**      June 26, 2015<br>**Time:**      10:00 a.m.<br>**Courtroom:** 1, 17th Floor<br>**Before:**    The Hon. Samuel Conti |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

CASE NO. 3:15-cv-1267
Declaration of Zhang Zhenxin

1.      My name is Zhang Zhenxin, and I am over the age of twenty-one (21) years, of sound mind, and fully competent to testify in this cause.

2.      I am the head of client-side game development at Lilith Games (Shanghai) Co. Ltd. ("Lilith"). In that role, I was involved in and have personal knowledge of the development of Lilith's game <u>Dao</u> <u>Ta</u> <u>Chuan</u> <u>Qi</u> in Chinese (literally meaning "the legend of sword and tower") ("Sword and Tower"), including the creation of the source code embodied therein. I am also familiar with the number of employees that have worked to draft the source code in Sword and Tower, as well as Lilith's efforts to maintain that code as confidential. As a result, I have personal knowledge that all facts set forth in this declaration are true and correct.

3.      Sword and Tower was developed by Lilith's founders and employees from approximately January 2013 to its launch in China on December 25, 2013, and its release on the Apple App Store on February 25, 2014. During the development process, Lilith's employees determined the rules that would govern the game. An example of those rules would be the damages meter for the heroes and monsters, how a player would obtain rewards, how a player would advance in the game, and how different areas would be unlocked for access by the player. Lilith's employees also graphically designed the scenes and characters included in Sword and Tower.

4.      Lilith's employees were also responsible for authoring the source code that implements Lilith's development of Sword and Tower. To create the game and implement Lilith's development efforts, Lilith's programmers authored approximately 240,000 lines of code written in the programming language Lua. That code originally authored by Lilith's employees is separate from the other code that is included in Sword and Tower, which is open source or otherwise publicly available. For example, when Sword and Tower is downloaded from the App Store, the download package contains three parts: (1) the game written by Lilith in Lua; (2) the open-source engine Cocos2d-x, of which there is approximately 1,737,487 lines of source code; and (3) the SDK

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

provided by Apple.

5.     In writing software code, there are a number of different ways in which the code can be created. Thus, the code authored by Lilith's employees in Lua is considered to be Lilith's original and confidential business information. Lilith has always maintained its software code authored for Sword and Tower as confidential. As of the date of this declaration, only 21 employees have had access to Lilith's source code embodied in Sword and Tower, and 19 of those employees are still currently employed full-time with Lilith. Of the two employees that are no longer with the company, one was a co-founder of Lilith. He left Lilith approximately two months after Lilith was founded and before the vast majority of the source code from Sword and Tower was authored. Further, he knew at all times that the source code being developed by Lilith constituted propriety and confidential information.

6.     The other former employee that had a password to access Lilith's source code only worked with Lilith for one month in 2014. In addition to only being there a very short time, that employee also signed an employment agreement that contained a confidentiality clause, expressly prohibiting the disclosure Lilith's source code or other proprietary information to any third party. Similarly, each of the other 19 employees that have had access to Lilith's source code and are still employed by Lilith have signed confidentiality agreements. Those agreements each expressly prohibit the applicable employee from, among other things, disclosing Lilith's source code to anyone outside of Lilith. Those agreements also make clear that any source code drafted during the course of their employment with Lilith constitutes the exclusive property of and is owned entirely by Lilith.

7.     Lilith has at no time engaged sub or independent contractors to create the source code embodied in Sword and Tower.

8.     The source code created by Lilith's employees has all times been maintained on a secure password-protected system. In particular, Lilith maintains its source code on a system called

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

2

CASE NO. 3:15-cv-1267
Declaration of Zhang Zhenxin

"P4." Using the P4 system, Lilith's software code cannot be accessed without employee-specific credentials. The credentials necessary to access the P4 system have only been given to the employees mentioned above, and again, those employees were prohibited from distributing those credentials to any third party or even any other Lilith employee.

[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

3

CASE NO. 3:15-cv-1267
Declaration of Zhang Zhenxin

Under the laws of the United States, I declare under the penalty of perjury that the foregoing is true and correct.

Dated 2015.5.4

张振新

Zhang Zhenxin
Lilith Games (Shanghai) Co., Ltd.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

4

CASE NO. 3:15-cv-1267
Declaration of Zhang Zhenxin