1  Colin H. Murray (State Bar No. 159142)
   colin.murray@bakermckenzie.com
2  Teresa H. Michaud (State Bar No. 296329)
   teresa.michaud@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA 94111
   Telephone: +1 415 576 3000
5  Facsimile:  +1 415 576 3099

6  W. Barton Rankin (*Admitted Pro Hac Vice*)
   w.rankin@bakermckenzie.com
7  **BAKER & McKENZIE LLP**
   2300 Trammell Crow Center
8  2001 Ross Avenue
   Dallas, Texas 75201
9  Telephone: +1 214 978 3000
   Facsimile:  +1 214 978 3099

10
   Attorney for Plaintiff
11 Lilith Games (Shanghai) Co. Ltd.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

17 | Lilith Games (Shanghai) Co. Ltd., | Case No. 15-cv-01267-SC |
|---|---|
18 | Plaintiff, | **DECLARATION OF HU RUI IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
19 | v. | |
20 | uCool, Inc. and uCool Ltd., | [Fed. R. Civ. P. 65] |
21 | Defendants. | Date:       June 26, 2015<br>Time:       10:00 a.m.<br>Courtroom: 1, 17th Floor<br>Before:     The Hon. Samuel Conti |

---

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

6730967-v1\SFODMS

CASE NO. 15-cv-01267-SC
Declaration of Hu Rui

1.  My name is Hu Rui (in Chinese: 胡睿), and I am over the age of twenty-one (21) years, of sound mind, and fully competent to testify in this case.

2.  I am employed by Lilith Games (Shanghai) Co. Ltd. ("Lilith"), and I am currently Lilith's in-house corporate counsel. In that role, I have been personally involved in communications between Lilith and Apple, Inc., requesting a take down of uCool, Inc. and/or uCool Ltd.'s infringing game titled Heroes Charge. Also, I am familiar with the games developed and released by Lilith, including "Dao Ta Chuan Qi," which means "the legend of sword and tower" ("Sword and Tower"). I am also familiar with the media's coverage of Lilith's game Sword and Tower, as well as any rankings it receives by media outlets in, among other places, China. As a result, I have personal knowledge of the statements set forth in this declaration and, if required, could fully and competently testify to these matters.

3.  Attached hereto as Exhibit A is a true and correct copy of an email I sent to Apple, Inc.'s App Store on August 14, 2014.

4.  Attached hereto as Exhibit B are true and correct copies of online reports from the following major online media outlets in China: http://finance.chinanews.com; http://www.gamelook.com; http://www.1688wan.com; http://www.youxiduo.com; and http://www.9669.com. I have highlighted the applicable portions of these reports, which are written in Chinese, that discuss Lilith's game sword and tower. I am able to read and write in both English and Chinese, and the following are true and correct translations of the highlighted language contained in the attached reports:

http://finance.chinanews.com — "On the TOP 10 list of mobile games, the top two are Sword and Tower and Space Hunter, remaining the same as in June. In particular, since launched on 360 platform in March, Sword and Tower has for more than 4 weeks remained first among mobile games in respect of revenue. It keeps strong profitability even after the heat of first publication."

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

http://www.gamelook.com — "Longtu Game [Lilith's Chinese distributor] announced to the public that Sword and Tower maintained a dramatic growth during the public test period. Its daily flow of income reached RMB 20 million on July 18, and will continue to grow sharply later on. In competition with WeChat series games, Sword and Tower remained on top of the App Store Best Sellers List in the week of public test.

The breaking record of RMB 20 million in a single day made Sword and Tower the well-deserved winner during the public test. It has now become the hottest super star among all mobile games in 2014. Its remaining championship on various lists of iOS and Android platforms has made it the most popular mobile game."

http://www.1688wan.com — "Longtu Game [Lilith's Chinese distributor] launched the Android version of the Sword and Tower. The game was popular than expected and ranked high on downloading lists of various downloading platforms within a short time. The operator of the game had to open four more servers within only several hours after launching the game."

http://www.youxiduo.com — "The Sword and Tower has become the best-selling game on iPhone and iPad App Store, breaking Tencent's monopoly on the ranking lists. The Sword and Tower was launched on App Store on February 25, and successfully squeezed into top 3 within three days; later the Android version was launched on March 19, and immediately topped the downloading lists of various platforms. In addition, registered users have already amounted to more than 10 million since April."

http://www.9669.com — "According to a report issued by Baidu, the dark horse mobile game Sword and Tower remained first in the list of Revenue and list of Retention Rate in April and May."

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

1
2   I declare under the penalty of perjury under the laws of the United States of America that the
3   foregoing is true and correct.
4
5   Dated: Apr. 3, 2015                              胡睿  HU RUI
6                                                   _____
                                                    Hu Rui – On behalf of Lilith Games (Shanghai)
7                                                   Co. Ltd.
8
...
28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

CASE NO. 4:15-cv-1267
Declaration of Hu Rui