# Rui Declaration Exhibit A

**From:** "胡睿"<hurui@lilith.sh>;

**Date:** Thu, Aug 14, 2014 05:57 PM

**To:** "AppStoreNotices"<AppStoreNotices@apple.com>;

**Cc:** "王信文"<xinwen@lilith.sh>;

**Subject:** Request Removing an App Infringement-Heros Charge

Dear Sir/Madam

I represent Lilith Games(Shanghai) Co.,Ltd, a leading mobile game developer based in Shanghai China. We are the solo contect provider/developer of a well known mobile game 刀塔传奇 (https://itunes.apple.com/cn/app/dao-ta-chuan-qi-dong-zuo-ka/id793077082?mt=8 ) in China. Attached please find the trademark, copyright certificate and image registration certificate for 刀塔传奇 for your reference.

We recently noticed following app in the App Store, Heros Charge(https://itunes.apple.com/app/heroes-charge/id900313219?mt=8), bears striking similarity to our game 刀塔传奇 in terms of game play, graphics and UI design. In attached document please find the claim letter containing screenshots from both games (刀塔传奇 vs Heros Charge) clearly indicating the copyright infringement.

We would request App Store Notices team to kindly review the case and remove the offending app as soon as possible. We are in the process of taking other legal actions against the developer of this app.

If you need more evidence for the infrigement, please feel free to contact us.

Sincerely Yours,

Sherry Hu 胡睿

------------------

胡睿

莉莉丝科技（上海）有限公司

电话：021-64065713/13524538989

邮件：<u>hurui@lilith.sh</u>

地址：上海市莲花路 1733 号时代华纳 C 幢 205

邮编：200233