# EXHIBIT A

## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



**Sword and Tower**



**Heroes Charge**



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge



## Sword and Tower



## Heroes Charge

