1 | Colin H. Murray (State Bar No. 159142)
     colin.murray@bakermckenzie.com
2 | Teresa H. Michaud (State Bar No. 296329)
     teresa.michaud@bakermckenzie.com
3 | **BAKER & McKENZIE LLP**
    Two Embarcadero Center, 11th Floor
4 | San Francisco, CA 94111
    Telephone: +1 415 576 3000
5 | Facsimile:  +1 415 576 3099

6 | W. Barton Rankin (*Admitted Pro Hac Vice*)
     w.rankin@bakermckenzie.com
7 | **BAKER & McKENZIE LLP**
    2300 Trammell Crow Center
8 | 2001 Ross Avenue
    Dallas, Texas 75201
9 | Telephone:  +1 214 978 3000
    Facsimile:   +1 214 978 3099

Attorney for Plaintiff
Lilith Games (Shanghai) Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., | Case No. 15-cv-01267-SC |
| Plaintiff, | **DECLARATION OF JASON RAY IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| uCool, Inc. and uCool Ltd., | [Fed. R. Civ. P. 65] |
| Defendants. | Date:       June 26, 2015<br>Time:       10:00 a.m.<br>Courtroom: 1, 17th Floor<br>Before:     The Hon. Samuel Conti |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

6730963-v1\SFODMS

CASE NO. 15-cv-01267-SC
Declaration of Jason Ray

1. My name is Jason Ray, and I am over the age of twenty-one (21) years, of sound mind, and fully competent to testify in this cause.

2. My name is Jason Ray, and I am a Managing Director for FTI Consulting Technology, LLC (FTI). Unless otherwise indicated, I have personal knowledge of the facts set forth in this report and, if called as a witness, could and would testify competently to such facts.

3. FTI is one of the world's largest providers of ESI lifecycle services. Our employees have supported and consulted on thousands of cases that included data collection, document review and productions. I have personally participated in more than 200 electronic document reviews and more than 500 electronic discovery productions. I have over 34 years of experience in litigation support and technology services, including over eleven years of experience focused exclusively on electronic discovery services. I have expertise in all phases of the electronically stored information (ESI) lifecycle including electronic evidence acquisition and analysis, consulting on document culling strategies, electronic evidence processing, document review systems and services, and litigation repository and evidence production. I have personally managed several multi-state and multi-national matters for companies in the financial services, pharmacology, high technology, and entertainment industries.

4. In addition to my electronic discovery expertise, I have over 15 years of experience in software development, as a programmer, designer, and development manager. I was the Chief Executive Officer of explorati, LLC. for 3 years, an online game company that developed interactive entertainment applications for personal computers and mobile devices.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

1

CASE NO. 3:15-cv-1267
Declaration of Jason Ray

5. FTI was engaged by Baker & McKenzie LLP ("Counsel") to conduct an examination of an iOS game application, Heroes Charge from uCool, and generate a report of findings after exercising the application. Based on my prior experience in electronic discovery, software development, and the computer games industry, I was assigned to perform this examination.

6. On Wednesday, March 18th at 10:00 AM I purchased a new iPad Air tablet computer with 16GB of memory at The Apple Store located at 1 Stockton Street, San Francisco, CA 94108.



Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

2

CASE NO. 3:15-cv-1267
Declaration of Jason Ray



7. I returned to the FTI Office in San Francisco, located at 1 Front Street, San Francisco, CA 94111 where I conducted the examination. I unpacked the iPad and set it up as a new device, keeping the operating system at the shipped version level (iOS 8.2).

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

CASE NO. 3:15-cv-1267
Declaration of Jason Ray





Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000



8. I connected to the FTI Guest Wireless network and completed the setup including a secure PIN code to ensure the iPad cannot be accessed by outside of this matter.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

5

CASE NO. 3:15-cv-1267
Declaration of Jason Ray





Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

6

CASE NO. 3:15-cv-1267
Declaration of Jason Ray





Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

7

CASE NO. 3:15-cv-1267
Declaration of Jason Ray









Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

9

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

CASE NO. 3:15-cv-1267
Declaration of Jason Ray




10

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

CASE NO. 3:15-cv-1267
Declaration of Jason Ray

9. After the iPad was set up I searched the Apple App Store for a game application called Heroes Charge by uCool. I found the application, which had 612 review ratings at the time of my examination. Heroes Charge is a free game with In App purchases. Although the application is available at no initial cost, an Apple ID is required authenticate the user before the application can be downloaded and installed. Using an Apple account provided by Baker & McKenzie, I downloaded Heroes Charge from the Apple App Store.



Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

11

CASE NO. 3:15-cv-1267
Declaration of Jason Ray





Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

CASE NO. 3:15-cv-1267
Declaration of Jason Ray

10. After Heroes Charge had completed installation, I activated the "Sleep/Wake" button to return the iPad to its rest state. I then started a video capture of my examination, which lasted 4 minutes and 22 seconds. A true and correct copy of the video capture of my examination is attached as Exhibit A:

11. The examination included my executing the following actions:

a) Starting the iPad and entering the PIN code to access the Heroes Charge application

b) Attempting to open the application. The application spontaneously terminated on the first open attempt.

c) The second attempt to open the application was successful.

d) After successfully opening, the application began downloading 181.3 megabytes of automated updates. After all updates had been downloaded they were automatically installed. This is normal and expected behavior for iOS games, and is outside of end user control.

e) After the updates had been applied, the application automatically restarted and completed another check for updates. No additional updates were downloaded or installed.

f) Heroes Charge authenticates users through the Apple Game Center. On first activation it prompts the user to use an existing Game Center ID or to create a new one. An existing ID is required to start the game from a prior saved point.

g) Game save files for iOS games are not accessible to end users and are typically stored on the game company's servers in proprietary formats and encrypted.

h) Using an Apple Game Center account provided by Baker & McKenzie, I selected the option to restore the game to an existing save point. This was required to expedite the application examination, as I otherwise would have been required to learn and play the game for an extensive amount of time to reach the necessary advancement level to conduct the examination.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

13

CASE NO. 3:15-cv-1267
Declaration of Jason Ray

i) The application automatically closed and reopened for the fourth time to load the previously existing save point.

j) The application presented a series of three game messages. The first two were each a character graphic image and a dialog box, overlaying an "Ongoing Events" message in the background. The third was only the "Ongoing Events" message. The date on the "Ongoing Events" message in all three displays was Thursday, March 19, 2015. I was conducting the test at approximately 10:30 AM Pacific time on Wednesday, March 18, 2015. The difference in dates suggests the uCool game servers are likely in Asia. I did not research the location of their servers.

k) I selected the Close Message icon (a red X) in the upper right corner of each message to reach the main game screen

l) One of the game locations depicted on the screen in the upper left was labeled "Ancient Temple." I selected this location, which opened an interface screen for this game location. In the lower left corner of the interface were two buttons "Logs" and "Rules".

m) I selected the "Rules" button which displayed a pop up window describing the game rules for the "Ancient Temple." There were 5 rules numbered 1. through 5.

n) I repeatedly touched the number 5 at the beginning of the 5th rule. On the 12th touch, a dialog box was displayed that stated "LILITH GAMES ©" and a red "OK" button to close the dialog box.

o) This type of hidden message is referred to as an "Easter Egg". It is not possible for such an "Easter Egg" to appear accidently - a programmer has to write specific code to monitor for a screen touch in a specific location and sequence, and the additional code to display the "Easter Egg" message.

p) I stopped the video at this point, repeated step n) to bring the message up again, and then restarted the video to record it separately.

14

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

CASE NO. 3:15-cv-1267
Declaration of Jason Ray

q) Based upon my examination and knowledge of iOS games and software development, the code for the "Ancient Temple" rules screen in Heroes Charge was written by a programmer working for Lilith Games.

12. A true and correct copy of the recorded video reflecting my examination described in paragraph 11 above is attached as Exhibit A of this declaration

I declare under the penalty of perjury that the foregoing is true and correct.

Dated March 30, 2015

_____
Jason Ray
Managing Director, FTI Consulting Technology, LLC

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

15

CASE NO. 3:15-cv-1267
Declaration of Jason Ray