1  Colin H. Murray (State Bar No. 159142)
     colin.murray@bakermckenzie.com
2  Teresa H. Michaud (State Bar No. 296329)
     teresa.michaud@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA 94111
   Telephone: +1 415 576 3000
5  Facsimile:  +1 415 576 3099

6  W. Barton Rankin (*Admitted Pro Hac Vice*)
     w.rankin@bakermckenzie.com
7  **BAKER & McKENZIE LLP**
   2300 Trammell Crow Center
8  2001 Ross Avenue
   Dallas, Texas 75201
9  Telephone: +1 214 978 3000
   Facsimile:  +1 214 978 3099

10
   Attorney for Plaintiff
11 Lilith Games (Shanghai) Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., | Case No. 15-cv-01267-SC |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| v. | **[VIDEO FILE]** |
| uCool, Inc. and uCool Ltd., | **EXHIBIT A TO DECLARATION OF JASON RAY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | |
| | Date:       June 26, 2015<br>Time:       10:00 a.m.<br>Courtroom:  1, 17th Floor<br>Before:     The Hon. Samuel Conti |

**MANUAL FILING NOTIFICATION**

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

6730874-v1\SFODMS

CASE NO. 15-cv-01267-SC
PLTF'S NOTICE OF MANUAL FILING OF EXH. A TO DECLARATION OF JASON RAY

**RE: EXHIBIT A TO DECLARATION OF JASON RAY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

This filing is in physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served on you in hard copy shortly.

For information on retrieving this filing directly from the court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s)

- ☐ Voluminous Document (PDF file size larger than efiling system allowances)
- ☐ Unable to Scan Documents
- ☐ Physical Object (description): _____
- ☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: 20MB video file (.MP4) burned onto disk
- ☐ Item Under Seal
- ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)
- ☐ Other (description):_____

Dated:   May 4, 2015                        Respectfully submitted,

                                                              **BAKER & McKENZIE LLP**
                                                              Colin H. Murray
                                                               Teresa H. Michaud

                                                        By: /s/ Colin H. Murray
                                                              Colin H. Murray
                                                              Attorneys for Plaintiff
                                                              Lilith Games (Shanghai) Co. Ltd.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

2

CASE NO. 15-cv-01267-SC
PLTF'S NOTICE OF MANUAL FILING OF EXH. A TO DECLARATION OF JASON RAY