1  Colin H. Murray (State Bar No. 159142)
    colin.murray@bakermckenzie.com
2  Teresa H. Michaud (State Bar No. 296329)
    teresa.michaud@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA 94111
   Telephone: +1 415 576 3000
5  Facsimile:  +1 415 576 3099

6  W. Barton Rankin (*Admitted Pro Hac Vice*)
    w.rankin@bakermckenzie.com
7  **BAKER & McKENZIE LLP**
   2300 Trammell Crow Center
8  2001 Ross Avenue
   Dallas, Texas 75201
9  Telephone:  +1 214 978 3000
   Facsimile:   +1 214 978 3099
10
   Attorney for Plaintiff
11 Lilith Games (Shanghai) Co. Ltd.

12
13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                         SAN FRANCISCO DIVISION
16

17 Lilith Games (Shanghai) Co. Ltd.,        | Case No. 15-cv-01267-SC

18           Plaintiff,                     | **CERTIFICATE OF SERVICE**

19      v.

20 uCool, Inc. and uCool Ltd.,

21           Defendants.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

6731253-v1\SFODMS

CASE NO. 15-cv-01267-SC
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Colin H. Murray, declare as follows:

I am over the age of eighteen years and not a party to the case.  I work in the City and County of San Francisco, State of California, and my business address is **BAKER & McKENZIE LLP,** Two Embarcadero Center, 11th Floor, San Francisco, California  94111-3802; +1 415 576 3000.

On May 5, 2015, I served a copy of the within document(s):

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

**DECLARATION OF JASON RAY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION (WITH NOTICE OF MANUAL FILING);**

**DECLARATION OF YANG XIANMIN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;**

**DECLARATION OF WANG XINWEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;**

**DECLARATION OF W. BART RANKIN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;**

**DECLARATION OF HU RUI IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;**

**DECLARATION OF ZHANG ZHENXIN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;**

**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

on counsel for Defendants in this action, as follows:

**3:15-cv-01267-SC Notice has been electronically mailed to:**

**Claude M. Stern**     claudestern@quinnemanuel.com, calendar@quinnemanuel.com, jennifermcconnell@quinnemanuel.com

**Derek J. Tang**     derektang@quinnemanuel.com, ginaherrera@quinnemanuel.com

**Evette Dionna Pennypacker**     evettepennypacker@quinnemanuel.com, michaellafond@quinnemanuel.com, shalondahillcastanon@quinnemanuel.com

**Sara E. Jenkins**     sarajenkins@quinnemanuel.com, gibbst@howrey.com

☒ **(VIA CM/ECF NOTICE OF ELECTRONIC FILING):** I caused said document(s) to be served by means of the Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered as CM/ECF Users, as set forth in the above service list of the Court.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

CASE NO. 15-cv-01267-SC
CERTIFICATE OF SERVICE

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing by U.S. Mail):

**None**

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on May 5, 2015

                                                              /s/Colin H. Murray
                                                              Colin H. Murray

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

CASE NO. 15-cv-01267-SC
CERTIFICATE OF SERVICE