United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LILITH GAMES (SHANGHAI) CO.,
LTD.,

        Plaintiff,

    v.

uCOOL, INC. and uCOOL, LTD.

        Defendants.

) Case No. 15-cv-01267-SC
)
) ORDER STAYING BRIEFING ON
) MOTION FOR PRELIMINARY
) INJUNCTION
)
)
)
)
)
)
)
)
)
)

Now before the Court are several scheduling motions in this copyright infringement case. See ECF Nos. 32 ("Extend Time Mot."), 33 ("Discovery Mot."), 34 ("Shorten Time Mot."). Among other things, Defendants uCool, Inc. and uCool, Ltd. seek to extend the deadline to file their opposition to Plaintiff Lilith Games' motion for a preliminary injunction, ECF No. 30 ("PI Mot."). Currently that opposition brief is due tomorrow, Tuesday, May 19, 2015.

Because these numerous scheduling motions are heavily

intertwined and were filed just a week or less ago, the Court does
not have sufficient time to address them prior to the opposition
deadline.  Furthermore, the decision of whether to grant an
extension of time to respond may depend on the resolution of
uCool's other motions.

Accordingly, the Court hereby STAYS briefing on the
preliminary injunction motion pending the Court's resolution of
uCool's scheduling motions.  The stay affects only briefing on the
preliminary injunction motion, and the parties shall continue to
brief the remaining motions in their ordinary course.  A further
case management order is forthcoming.


IT IS SO ORDERED.


May 18, 2015

UNITED STATES DISTRICT JUDGE