KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
DANIEL A. KOHLER (SBN 285501), dxk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:   (310) 312-2000
Facsimile:    (310) 312-3100

Attorneys for (Proposed) Plaintiffs-in-Intervention
Blizzard Entertainment, Inc. and Valve Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., <br><br> Plaintiff, <br><br> v. <br><br> uCool, Inc., and uCool Ltd., <br><br> Defendants. | CASE NO. 3:15-CV-01267-SC <br><br> The Honorable Samuel Conti <br><br> **JOINT STIPULATION RE BRIEFING SCHEDULE ON MOTION OF (PROPOSED) PLAINTIFFS-IN-INTERVENTION BLIZZARD ENTERTAINMENT, INC. AND VALVE CORPORATION FOR LEAVE TO INTERVENE** |

Proposed Plaintiffs-In-Intervention Blizzard Entertainment, Inc. and Valve Corporation (collectively, the "Publishers"), Plaintiff Lilith Games (Shanghai) Co. Ltd. ("Lilith") and Defendants uCool, Inc. and uCool Ltd. ("uCool"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows:

WHEREAS, on May 29, 2015, the Publishers filed a Motion for Leave to Intervene in the above-captioned action (the "Motion");

WHEREAS, hearing on the Motion is currently set for August 14, 2015;

WHEREAS, the parties have agreed on a briefing schedule for oppositions to the Motion and reply papers in support of the Motion;

IT IS HEREBY STIPULATED AND AGREED that (1) any papers in opposition to the Motion shall be served and filed on or before **June 26, 2015**, and (2) reply papers in support of the Motion shall be served and filed on or before **July 17, 2015**.

SO STIPULATED.

DATED: June 11, 2015

KARIN G. PAGNANELLI
MARC E. MAYER
DANIEL A. KOHLER
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer
    Marc E. Mayer
    Attorneys for (Proposed) Plaintiffs-in
    Intervention Blizzard Entertainment, Inc. and
    Valve Corporation

DATED: June 11, 2015

QUINN EMANUEL URQUHART &
SULLIVAN LLP

By: /s/ Evette D. Pennypacker
    Evette D. Penneypacker
    Attorneys for uCool, Inc.

DATED: June 11, 2015

BAKER & MCKENZIE LLP

By: /s/ W. Barton Rankin
    W. Barton Rankin
    Attorneys for Lilith Games (Shanghai) Co. Ltd.

**ATTESTATION OF FILER**

I, Marc E. Mayer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/  Marc E. Mayer
Marc E. Mayer