KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
DANIEL A. KOHLER (SBN 285501), dxk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:   (310) 312-2000
Facsimile:    (310) 312-3100

Attorneys for (Proposed) Plaintiffs-in-Intervention
Blizzard Entertainment, Inc. and Valve Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., <br><br> Plaintiff, <br><br> v. <br><br> uCool, Inc., and uCool Ltd., <br><br> Defendants. | CASE NO. 3:15-CV-01267-SC <br><br> The Honorable Samuel Conti <br><br> **[PROPOSED]** ORDER RE BRIEFING SCHEDULE ON MOTION OF (PROPOSED) PLAINTIFFS-IN-INTERVENTION BLIZZARD ENTERTAINMENT, INC. AND VALVE CORPORATION FOR LEAVE TO INTERVENE |

CASE NO. 3:15-CV-01267-SC
**[PROPOSED] ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE**

1  After consideration of the Joint Stipulation of Proposed Plaintiffs-In-Intervention Blizzard
2  Entertainment, Inc. and Valve Corporation (collectively, the "Publishers"), Plaintiff Lilith Games
3  (Shanghai) Co. Ltd. ("Lilith"), and Defendants uCool, Inc. and uCool Ltd. ("uCool") for a
4  Briefing Schedule on the Publishers' Motion for Leave to Intervene (the "Motion"), IT IS
5  ORDERED THAT:

   (1) any papers in opposition to the Motion shall be served and filed on or before **June 26, 2015**; and

   (2) any reply papers in support of the Motion shall be served and filed on or before **July 17, 2015**.

**IT IS SO ORDERED.**

DATED:  June 17, 2015

_____
Honorable Samuel Conti
United States District Judge