1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Lilith Games (Shanghai) Co. Ltd., | CASE NO. 3:15-cv-01267-SC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION REGARDING CASE MANAGEMENT CONFERENCE DATE |
| vs. | |
| uCool, Inc. and uCool Ltd. | |
| Defendant. | |

1  The Court, having considered the Parties' Stipulation Regarding Case Management Conference Date, filed June 12, 2015, and good cause appearing therefore, HEREBY ORDERS as follows:

1. The case management conference scheduled for June 26, 2015 is hereby RESET to August 28, 2015.

2. All other dates in this matter remain unchanged at this time.

IT IS SO ORDERED.

DATED: ____June 17_____, 2015

_____
Honorable Samuel Conti
UNITED STATES DISTRICT COURT JUDGE