1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., <br><br> Plaintiff, <br><br> vs. <br><br> uCool, Inc. and uCool Ltd. <br><br> Defendant. | CASE NO. 3:15-cv-01267-SC <br><br> [~~PROPOSED~~] **ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRELIMINARY INJUNCTION MOTION HEARING DATE** |

1  The Court, having considered Defendant uCool Inc.'s Unopposed Motion to Continue
2  Hearing on Plaintiff's Preliminary Injunction Motion, as well as all papers and declarations filed
3  in relation to said motion, and good cause appearing therefore, HEREBY ORDERS as follows:
4      1.   The hearing on Plaintiff Lilith Games (Shanghai) Co. Ltd's Motion for Preliminary
5  Injunction is hereby CONTINUED to August 14, 2015.
6      2.   All other dates in this matter remain unchanged at this time.
7  IT IS SO ORDERED.

10  DATED: _____June 17_____, 2015

12  _____
13  Honorable Samuel Conti
    UNITED STATES DISTRICT COURT JUDGE