IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILITH GAMES (SHANGHAI) CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> UCOOL, INC. AND UCOOL LTD., <br><br> Defendants. | Case No. 15-CV-01267-SC <br><br> ORDER SETTING DEADLINE TO AMEND <u>COMPLAINT</u> |

On July 8, 2015, the Court granted in part and denied in part uCool's motion to dismiss. ECF No. 64. In that order, the Court dismissed Plaintiff Lilith's third, fourth, and fifth claims for relief with leave to amend. Lilith is hereby given thirty (30) days from the signature date of this order to file an amended complaint, if any. Failure to file an amended complaint within the time allotted may result in dismissal with prejudice

IT IS SO ORDERED.

Dated: July 9, 2015

_____
UNITED STATES DISTRICT JUDGE