1  Colin H. Murray (State Bar No. 159142)
      colin.murray@bakermckenzie.com
2  Teresa H. Michaud (State Bar No. 296329)
      teresa.michaud@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA 94111
   Telephone: +1 415 576 3000
5  Facsimile:  +1 415 576 3099

6  W. Barton Rankin (*Admitted Pro Hac Vice*)
      w.rankin@bakermckenzie.com
7  **BAKER & McKENZIE LLP**
   2300 Trammell Crow Center
8  2001 Ross Avenue
   Dallas, Texas 75201
9  Telephone:  +1 214 978 3000
   Facsimile:  +1 214 978 3099

10
   Attorneys for Plaintiff
11 Lilith Games (Shanghai) Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., | Case No. 15-cv-01267-SC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR PLAINTIFF LILITH GAMES TO FILE A REPLY TO DEFENDANT UCOOL, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| uCool, Inc. and uCool Ltd., | |
| Defendants. | |
| | **[Civil L.R. 6-1 and 7-12]** |
| | **Date Action Filed: March 18, 2015** |
| | **Date of Hearing of Motion for Preliminary Injunction:  August 14, 2015** |
| | **Time: 10:00 a.m.**<br>**Courtroom: 1, 17th Floor** |
| | **Judge: The Honorable Samuel Conti** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

6736905-v3\SFODMS

CASE NO. 15-cv-01267-SC
STIPULATION AND [PROPOSED] ORDER

## **STIPULATION**

Pursuant to Local Civil Rules 6-1 and 7-12, Plaintiff Lilith Games (Shanghai) Co. Ltd. ("Lilith") and Defendant uCool, Inc. ("uCool") (collectively referred to as "the Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on May 5, 2015, Lilith filed its Motion for Preliminary Injunction (ECF No. 30);

WHEREAS, the Court subsequently issued an Order Granting Unopposed Motion to Continue Preliminary Injunction Motion Hearing Date ("Court Order"), continuing the hearing from July 31, 2015 to August 14, 2015 (ECF No. 58);

WHEREAS, pursuant to the Court's Order, uCool filed its Opposition to Lilith's Motion for Preliminary Injunction, on July 17, 2015, and then filed additional documents (Chinese versions of previously filed documents) on July 20, 2015 [ECF No. 68 through ECF No. 71];

WHEREAS, the present deadline for filing and serving Lilith's Reply to uCool's Opposition to the Motion for Preliminary Injunction is July 24, 2015;

WHEREAS, in view of uCool's extensive opposition papers and in view of Lilith's counsel's previous commitment to attend depositions during the week starting July 20, 2015 in another matter, Lilith's counsel asked uCool's counsel for an extension of time to file and serve its reply papers, from Friday, July 24, 2015 to Thursday, July 30, 2015.

WHEREAS, uCool's counsel graciously has agreed to provide Lilith's counsel the requested extension of time, granting Lilith's counsel until and including Thursday, July 30, 2015 to file the Reply to uCool's opposition to the Motion for Preliminary Injunction provided that Lilith's counsel serve hard-copies of the reply papers via Federal Express on uCool's lead counsel for delivery on Friday, July 31, 2015;

1

CASE NO. 15-cv-01267-SC
STIPULATION AND [PROPOSED] ORDER

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

6736905-v3\SFODMS

WHEREAS, the extension of time for Lilith will not alter the hearing date of August 14, 2015 already fixed by prior Court Order;

WHEREAS, no prior extensions of time for the Reply deadline have been requested;

**IT IS HEREBY STIPULATED AND AGREED** between the Parties as follows**:**

Lilith shall have until and including **Thursday, July 30, 2015** to file and serve its Reply to uCool's Opposition to Lilith's Motion for Preliminary Injunction.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  July 22, 2015        **BAKER & McKENZIE LLP**
Colin H. Murray
Teresa H. Michaud

**BAKER & McKENZIE LLP**
W. Barton Rankin


By:  /s/ W. Barton Rankin
       W. Barton Rankin
Attorneys for Plaintiff
Lilith Games (Shanghai) Co. Ltd.

Dated:  July 22, 2015        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Claude M. Stern
Evette D. Pennypacker
Michael F. LaFond

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Derek J. Tang


By:  /s/ Claude M. Stern____
       Claude M. Stern
Attorneys for Defendant
 uCool, Inc.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

6736905-v3\SFODMS

2                    CASE NO. 15-cv-01267-SC
STIPULATION AND [PROPOSED] ORDER

*Lilith Games (Shanghai) Co. Ltd., v. uCool, Inc. and uCool Ltd.*
**Case No. CV-15-cv-01267-SC**

### ATTESTATION OF CONCURRENCE

I, W. Barton Rankin, attest that I am one of the attorneys for Plaintiff Lilith Games (Shanghai) Co. Ltd. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: July 22, 2015                                    /s/ W. Barton Rankin
                                                                        W. Barton Rankin

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Lilith Games (Shanghai) Co. Ltd., v. uCool, Inc. and uCool Ltd.*
**Case No. CV-15-cv-01267-SC**

### ~~[PROPOSED]~~ ORDER

**PURSUANT TO THE FOREGOING STIPULATION, the following is ORDERED:**

Plaintiff Lilith Games (Shanghai) Co. Ltd. shall have until and including Thursday, July 30, 2015 to file and serve its Reply to Defendant uCool, Inc.'s Opposition to Plaintiff Lilith Games (Shanghai) Co. Ltd.'s Motion for Preliminary Injunction.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 07/23/2015                                    [signature]
                                                                 The Honorable Samuel Conti
                                                                 U.S. District Court Judge

3   CASE NO. 15-cv-01267-SC
STIPULATION AND [PROPOSED] ORDER

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

6736905-v3\SFODMS