Colin H. Murray (State Bar No. 159142)
colin.murray@bakermckenzie.com
Teresa H. Michaud (State Bar No. 296329)
teresa.michaud@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

W. Barton Rankin (*Admitted Pro Hac Vice*)
w.rankin@bakermckenzie.com
**BAKER & McKENZIE LLP**
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: +1 214 978 3000
Facsimile: +1 214 978 3099

Attorneys for Plaintiff
Lilith Games (Shanghai) Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., <br><br> Plaintiff, <br><br> v. <br><br> uCool, Inc. and uCool Ltd., <br><br> Defendants. | Case No. 15-cv-01267-SC <br><br> **DECLARATION OF JI XAIOJUN** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

CASE NO. 3:15-cv-1267
Declaration of Ji Xiaojun

1. My name is Ji Xiaojun, and I am over the age of twenty-one (21) years, of sound mind, and fully competent to testify in this cause.

2. I am the Legal Manager for Lilith Games (Shanghai) Co. Ltd. ("Lilith"). I am familiar with Lilith's policy and efforts to maintain as strictly confidential the source code written in the programming language Lua that is embodied in Lilith's game <u>Dao Ta Chuan Qi</u> in Chinese (literally meaning "the legend of sword and tower") ("Sword and Tower"). As a result, I have personal knowledge that all facts set forth in this declaration are true and correct.

3. I have reviewed uCool, Inc.'s ("uCool") Administrative Motion to File Under Seal Portions of its Opposition to Plaintiff's Motion for Preliminary Injunction. I understand that uCool has filed Lilith's Lua source code with the Court which Lilith has designated as HIGHLY CONFIDENTIAL – SOURCE CODE, in accordance with the parties' agreement that such code is to, among other things, to be strictly maintained as OUTSIDE COUNSEL'S EYES ONLY. In particular, I understand that uCool filed a motion seeking to file under seal Lilith's Lua Source Code that is contained in the following documents:

| Document | Portions to be filed under seal |
|---|---|
| Garry Kitchen's Declaration | Highlighted portion of paragraph 86; the entirety of paragraph 85. |
| The declaration of Michael LaFond | Exhibits B, C, and D in their entirety. |

4. The parties agreed that, to the extent any of Lilith's Lua source code was filed with the Court, including the source code reflected in the documents referenced in ¶ 2 above, the source code would be filed under seal with the Court. Indeed, Lilith considers its Lua source code to be confidential, proprietary, trade-secret information, that is not to be disclosed to third parties. Indeed, but for this lawsuit and uCool's agreement to maintain the Lua source code as strictly confidential, outside attorney's eyes only, Lilith would not have disclosed that source code to uCool's counsel.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

To prevent the harm that would result to Lilith's business if its code were made publicly available, Lilith supports uCool's motion to have that code field under seal with the Court.

Under the laws of the United States, I declare under the penalty of perjury that the foregoing is true and correct.

Dated August 3, 2015

_____
Ji Xiaojun
Lilith Games (Shanghai) Co., Ltd.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

2

CASE NO. 3:15-cv-1267
Declaration of Ji Xiaojun