**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., <br><br> Plaintiff, <br><br> vs. <br><br> uCool, Inc. and uCool Ltd. <br><br> Defendant. | CASE NO. 3:15-cv-01267-SC <br><br> **[PROPOSED] ORDER DEFENDANT UCOOL, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFF LILITH GAMES (SHANGHAI) CO. LTD.'S MOTION FOR PRELIMINARY INJUNCTION** |

uCool, Inc. ("uCool") has filed an administrative motion for an order to seal portions of uCool's Opposition to Plaintiff Lilith Games (Shanghai) Co. Ltd.'s Motion for Preliminary Injunction, as well as portions of the supporting declarations and exhibits.

Having considered uCool's motion, and good case having been shown, the Court GRANTS uCool's motion and ORDERS sealed those portions of the documents listed below.

| Document | Portions to Be Filed Under Seal |
|---|---|
| uCool's Brief in Opposition to Lilith's Motion for Preliminary Injunction | Highlighted portions on pages 8 and 22. |
| The declaration of David Guo | Highlighted portions of paragraphs 34, 42, and 85; the entirety of paragraphs 35, 37, 49, 51, 86, 89, and 90. |
| The declaration of Jacky Cheung | Highlighted portions of paragraphs 6, 20, and 21; Exhibits A and B. |
| The declaration of Garry Kitchen | Highlighted portion of paragraph 86; the entirety of paragraph 85. |
| The declaration of Michael LaFond | Exhibits B, C, and D in their entirety. |

**IT IS SO ORDERED.**

Dated: August 5, 2015

*[signature]*

**The Honorable Samuel Conti**

**United States Senior District Court Judge**

Case No. 3:15-cv-01267-SC
[PROPOSED] ORDER GRANTING ADMIN MOTION TO FILE UNDER SEAL