IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LILITH GAMES (SHANGHAI) CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> UCOOL, INC. AND UCOOL LTD., <br><br> Defendants. | Case No. 15-CV-01267-SC <br><br> ORDER REQUESTING EXPERT TESTIMONY |

The Court is scheduled to hold a hearing on Plaintiff Lilith Games's ("Lilith") motion for preliminary injunction on August 21, 2015.  The Court requests testimony from Kendyl Roman and Garry Kitchen who submitted declarations in support of Lilith's motion and uCool's opposition, respectively.  Testimony should focus on the extent to which uCool's game, Hero's Charge, copied source code from Lilith's game, Sword and Tower, and the points on which both experts agree, if any.

IT IS SO ORDERED.

Dated: August 12, 2015

_____
UNITED STATES DISTRICT JUDGE