UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., <br><br> Plaintiff, <br><br> vs. <br><br> uCool, Inc. and uCool Ltd. <br><br> Defendant. | CASE NO. 3:15-cv-01267-SC <br><br> **[PROPOSED] ORDER GRANTING STIPULATION REGARDING PRELIMINARY INJUNCTION HEARING DATE** |

1  Defendant uCool, Inc. ("uCool") and Plaintiff Lilith Games (Shanghai) Co. Ltd. ("Lilith")
2  have jointly stipulated to move the hearing on Lilith's Motion for Preliminary Injunction (Docket
3  No. 30) from August 21, 2015 to August 28, 2015.  Having considered the parties' stipulation,
4  and good cause having been shown, the Court hereby orders as follows:

6  The hearing on Lilith's Motion for Preliminary Injunction is hereby MOVED to August
7  28, 2015 at 10:00 AM in Courtroom 1.

9  IT IS SO ORDERED
10 DATED: ___08/12___, 2015

   Honorable Samuel Conti
   UNITED STATES DISTRICT COURT JUDGE