UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., <br><br>  Plaintiff, <br><br> vs. <br><br> uCool, Inc. and uCool Ltd. <br><br>  Defendants. | CASE NO. 3:15-cv-01267-SC <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT UCOOL, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE KITCHEN SURREPLY DECLARATION |

uCool, Inc. ("uCool") has filed an administrative motion seeking an order to seal portions of the Declaration of Garry Kitchen in Support of Defendant uCool, Inc.'s Surreply Opposing Plaintiff Lilith Games (Shanghai) Co. Ltd.'s Motion for Preliminary Injunction ("Kitchen Surreply Declaration").

Having considered uCool's motion, and good cause having been shown, the Court GRANTS uCool's motion and ORDERS sealed those portions of the documents listed below.

| Document | Portions to Be Filed Under Seal |
|---|---|
| Kitchen Surreply Declaration | Highlighted portions of headings: <br> V(D), V(E), and V(G) <br> Highlighted portions of paragraphs: <br> 42, 44, 45, 48, 52, 54, 55, 58, 59, 60, 62, 63, 64, 65, 72, 74, 75, 77, 79, and 86 |

IT IS SO ORDERED.

Dated: August 19, 2015

*[signature]*

**The Honorable Samuel Conti**

**United States Senior District Court Judge**