Colin H. Murray (State Bar No. 159142)
 colin.murray@bakermckenzie.com
Teresa H. Michaud (State Bar No. 296329)
 teresa.michaud@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

W. Barton Rankin (*Admitted Pro Hac Vice*)
 w.rankin@bakermckenzie.com
**BAKER & McKENZIE LLP**
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone:  +1 214 978 3000
Facsimile:   +1 214 978 3099

Attorney for Plaintiff
Lilith Games (Shanghai) Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd., <br><br> Plaintiff, <br><br> v. <br><br> uCool, Inc. and uCool Ltd., <br><br> Defendants. | Case No. 15-cv-01267-SC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Date: <br> Time:  10:00 a.m. <br> Courtroom: 1, 17th Floor <br> Before:  The Hon. Samuel Conti |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

6737297-v1\SFODMS

CASE NO. 15-cv-01267-SC
[PROPOSED] ORDER

Plaintiff Lilith Games (Shanghai) Co. Ltd. ("Lilith") has filed an administrative motion for an order to file under seal portions of Lilith's Reply to Defendant uCool, Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction.

Having considered Lilith's administrative motion, and good cause having been shown, the Court GRANTS Lilith's motion and ORDERS the filing under seal the portions of the document listed below:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Declaration of Kendyl A. Roman | Highlighted portions on pages 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 |
| Declaration of Kendyl A. Roman | Exhibits 4-1, 4-2, 5-1, 5-2, 5-3, 5-4, 5-5, 5-6, 5-7 5-8, 5-9, and 5-10 in their entirety. |

Plaintiff's Lilith administrative motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: August 19, 2015

The Honorable Samuel Conti
United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

CASE NO. 15-cv-01267-SC
[PROPOSED] ORDER