Colin H. Murray (State Bar No. 159142)
 colin.murray@bakermckenzie.com
Teresa H. Michaud (State Bar No. 296329)
 teresa.michaud@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

W. Barton Rankin (*Admitted Pro Hac Vice*)
 w.rankin@bakermckenzie.com
**BAKER & McKENZIE LLP**
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: +1 214 978 3000
Facsimile:  +1 214 978 3099

Attorneys for Plaintiff
Lilith Games (Shanghai) Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lilith Games (Shanghai) Co. Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>uCool, Inc. and uCool Ltd.,<br><br>Defendants. | Case No. 15-cv-01267-SC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE EXHIBIT 7 TO THE DECLARATION OF W. BARTON RANKIN AND THE DECLARATION OF KENDYL A. ROMAN UNDER SEAL** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

CASE NO. 15-cv-01267-SC
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL

1  The Court has read and considered all papers filed in support of and in opposition to the
2  Administrative Motion to File Under Seal ( the "Motion to Seal").  After considering all relevant
3  papers and other matters of record, the Court orders as follows:
4  The Motion to File Under Seal Exhibit 7 to the September 8, 2015 Declaration of W. Barton
5  Rankin and the September 8, 2015 Declaration of Kendyl A. Roman is hereby **GRANTED** in its
6  entirety.
7  IT IS SO ORDERED.

8  Dated: 9/9/2015

9  The Honorable Samuel Conti
   United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

CASE NO. 15-cv-01267-SC
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL