IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILITH GAMES (SHANGHAI) CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> UCOOL, INC. AND UCOOL LTD., <br><br> Defendants. | Case No. 15-CV-01267-SC <br><br> ORDER REQUIRING COUNSEL TO <u>MAINTAIN CONFIDENTIALITY</u> |

    On September 23, 2015, the Court denied Plaintiff's motion for preliminary injunction. ECF No. 116. The order was initially filed publically and sealed shortly thereafter. A redacted version of the order was then filed publically. ECF No. 117. However, counsel for proposed plaintiffs-in-intervention, Blizzard and Valve, were among the parties to receive the unredacted order. The Court hereby ORDERS counsel for proposed plaintiffs-in-intervention

///
///
///
///
///

not to share any information in the order with their clients or any third parties.

IT IS SO ORDERED.

Dated: September 23, 2015



UNITED STATES DISTRICT JUDGE