United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILITH GAMES (SHANGHAI) CO. LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>UCOOL, INC., et al.,<br><br>    Defendants. | Case No. 15-CV-01267-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference, currently scheduled for December 2, 2015, at 2:00 p.m., is hereby CONTINUED to February 17, 2016, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 25, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-01267-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE